**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SARAH MOLINA, CHRISTINA VOGEL, and PETER GROCE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 17–CV–2498–AGF |
| CITY OF ST. LOUIS, MISSOURI, COUNTY OF ST. CLAIR, ILLINOIS, And, OFFICERS JOHN DOES I–VI, | ) ) ) ) | |
| Defendants. | ) | |

## JURY DEMAND

COMES NOW, St. Clair County, Illinois, by and through its counsel of Becker, Hoerner, Thompson & Ysursa, P.C., and hereby demands trial by jury on all counts so-triable.

Respectfully submitted,

s/ Thomas R. Ysursa
Thomas R. Ysursa, #51894 – MO
***Attorney for St. Clair County, Illinois***
Becker, Hoerner, Thompson &Ysursa, P.C.
5111 West Main Street
Belleville, Illinois 62226
Tel: (618) 235-0020
Fax: (618) 235-8558
try@bhtylaw.com

1

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on **November 1, 2017**, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Anthony E. Rothert
Jessie M. Seffan
Gillian R. Wilcox
America Civil Liberties Union of Missouri Foundation
906 Olive St., Suite 1130
St. Louis, MO 63101-1448
314-669-3420
314-652-3112 (fax)
trothert@aclu-mo.org


Andrew David Wheaton
St. Louis City Counselor's Office
1200 Market Street, Room 314
St. Louis, MO 63103
314-622-4594
314-622-4956 (fax)
wheatona@stlouis-mo.gov




                                             s/Tonya Loehring