# AFFIDAVIT OF SERVICE

| Case:<br>4:17cv2498 DDN/AGF | Court:<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI | County:<br>EASTERN DISTRICT, MO | Job:<br>2298634 (molina) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>SARAH MOLINA ET AL | | Defendant / Respondent:<br>CITY OF ST LOUIS MISSOURI, ET AL | |
| Received by:<br>Pro Serve | | For:<br>ACLU of Missouri Foundation | |
| To be served upon:<br>MICHAEL MAYO | | Court Date: | |

I, Don Jones, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** MICHAEL MAYO, COMPANY: 1915 OLIVE STREET ST LOUIS METROPOLITAN POLICE DEPARTMENT, ST LOUIS, MO 63103

**Manner of Service:** Authorized, May 31, 2018, 1:46 pm CDT

**Documents:** SUMMONS IN A CIVIL ACTION AND FIRST AMENDED COMPLAINT

**Additional Comments:**
Received by DANIEL EKERT, LEGAL, for MICHAEL MAYO at COMPANY: 1915 OLIVE STREET ST LOUIS METROPOLITAN POLICE DEPARTMENT, ST LOUIS, MO 63103
Age: 45; Ethnicity: Caucasian; Gender: Female; Weight: 110; Height: 5'3"; Hair: Brown

_____   6-13-18
Don Jones                   Date
483

Pro Serve
6614 Clayton Rd 311
St. Louis, Mo 63117
314-565-3863

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

6/13/18                     2/5/21
Date                        Commission Expires

CATHY STRAUB
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 17735281
My Commission Expires Feb 5, 2021

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | |
|---|---|
| Sarah Molina, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:17cv2498 DDN/AGF |
| City of St. Louis, Missouri, et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Mayo
St. Louis Metropolitan Police Department
1915 Olive Street
St. Louis, Missouri 63103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony E. Rothert
906 Olive Street, #1130
St. Louis, Missouri 63101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ~~05/10/2018~~ 5/11/2018        /s/ K. Battle

*Signature of Clerk or Deputy Clerk*