**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| SARAH MOLINA, et al., )<br>)<br>Plaintiffs, )<br>) <br>v. )<br>)<br>CITY OF ST. LOUIS, MISSOURI, et al., )<br>)<br>Defendants. ) | Case No.: 4:17-cv-2498 AGF |

**ENTRY OF APPEARANCE**

Comes now Omri Praiss of the American Civil Liberties Union of Missouri Foundation and enters his appearance as co-counsel for Plaintiffs in the above-captioned cause. Anthony Rothert remains lead counsel.

    Respectfully submitted,

    /s/ Omri E. Praiss
    Omri E. Praiss, #41850MO
    ACLU of Missouri Foundation
    906 Olive Street, Suite 1130
    St. Louis, MO 63101
    Phone: 314-652-3114
    Fax:    314-652-3112
    opraiss@aclu-mo.org
    *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically and served by operation of the CM/ECF system on all counsel of record on August 30, 2018.

<u>/s/ Omri Praiss</u>