UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SARAH MOLINA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.  4:17-CV-2498-AGF |
| | ) | |
| CITY OF ST. LOUIS, MISSOURI, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This matter is before the Court on Defendants' motion to extend time to respond to Plaintiffs' first request for production.  ECF No. 74.

Defendants request an additional 14 days, to September 14, due to the volume of materials requested and the demands of counsel's existing caseload.  Plaintiffs do not object to this extension with respect to documents but do oppose further delay with respect to objections in light of depositions to be scheduled and the December 28 deadline for completion of discovery.

Upon consideration of the matter,

**IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED in part**. Defendants shall provide **documents** responsive to Plaintiffs' first RFP no later than **September 13, 2018**.  However, Defendants shall provide **objections** to Plaintiffs' first RFP no later than **September 6, 2018**.

1

                                                _____
                                                AUDREY G. FLEISSIG
                                                UNITED STATES DISTRICT JUDGE

Dated this 30th day of August, 2018.