#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF MISSOURI
#### EASTERN DIVISION

| | |
|---|---|
| SARAH MOLINA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.:   4:17-cv-2498 AGF |
| v. ) | |
| ) | |
| CITY OF ST. LOUIS, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

### Plaintiffs' Supplemental Memorandum Regarding Their Motion to Compel

Plaintiffs respectfully submit the following memorandum on the status of the discovery dispute that is the subject of their pending motion to compel and the Court's order dated December 3, 2018.

In response to the Court's orders concerning attorney emails and potential modification of the protective order, Plaintiffs have reiterated their agreement that emails sent to or from the City's attorneys or paralegals may be excluded from email searches. Plaintiffs also consent to an initial more pro forma privilege log than would typically be required, *see, e.g.*, *Fid. Nat. Title Ins. Co. v. Captiva Lake Investments, LLC*, No. 4:10-CV-1890 CEJ, 2012 WL 3562207, at *3 (E.D. Mo. Aug. 17, 2012), and request only that they be provided an email log with sender/recipient(s) and date. Plaintiffs have also expressed their willingness to modify of the protective order to make inadvertent-waiver protections more explicit. The parties have agreed that the City will propose language that it feels comfortable with, and Plaintiffs will promptly review the City's proposal. That additional language should resolve the City's concern about the risk that privileged communications among non-legal personnel could be included in the produced emails. In light of the technological limitations of retrieving emails from the non-police

1

server, Plaintiffs have also provided a short list of non-police offices[1] that are likely to yield responsive communications. Plaintiffs have further requested an organizational chart so that the searches of those offices' emails can be narrowed to the holders of specific positions.

However, other than emails containing their own names, Plaintiffs still have not received from the City any responsive emails and remain concerned about scheduling depositions and meeting the global discovery deadline in five weeks. The City has now used its in-house de-duplication capability on its police server and can predict how long it will take to re-run those searches with legal email addresses excluded. Plaintiffs therefore requested a timeframe for the production of emails so that they can schedule the remaining depositions. But the City pointed out that it had "not agreed to provide the results to Searches 1, 2, and 4 nor has it been ordered to," but rather that the parties were instead merely setting conditions for any future email searches.

Plaintiffs continue to believe that the searches they proposed are appropriate. For example, it is relevant how much City personnel discuss chemical agents *outside* of the protest context, because the contrast between how often officers discuss the deployment of chemical agents in other situations and how often they discuss the deployment of chemical agents in perceived anti-police protests tends to show the City has customs of engaging the unreasonable use of chemical agents as a means of viewpoint retaliation. For the reasons they discussed in their briefing on their motion to compel, Plaintiffs believe the emails they sought are available exclusively to the City, relevant, and important to proving their cause of action under *Monell*— which explicitly includes custom claims—and that the burden of producing the emails will be

---

[1] That list was: the sheriff's office, the mayor's office, the civil rights enforcement agency, the streets department, and the office of the director of public safety.

largely alleviated by de-duplication, exclusion of legal personnel, an abridged privilege log, and robust protections for inadvertent waiver.

        Respectfully submitted,

        /s/ Anthony E. Rothert
        Anthony E. Rothert, #44827MO
        Jessie Steffan, #64861MO
        Omri E. Praiss, #41850
        ACLU of Missouri Foundation
        906 Olive Street, Suite 1130
        St. Louis, MO 63101
        Phone: 314-652-3114
        Fax:    314-652-3112
        arothert@aclu-mo.org
        jsteffan@aclu-mo.org
        opraiss@aclu-mo.org

        Gillian R. Wilcox, #61278MO
        ACLU of Missouri Foundation
        406 W. 34th Street, Suite 420
        Kansas City, Missouri 64111
        Phone: (816) 470-9938

        **Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically and served by operation of the CM/ECF system on all counsel of record on December 25, 2018.

/s/ Anthony E. Rothert