# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SARAH MOLINA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.:   4:17-cv-2498 AGF |
| v. ) | |
| ) | |
| CITY OF ST. LOUIS, MISSOURI, et al.,  ) | |
| ) | |
| Defendants. ) | |

### Motion for Leave to Take Additional Deposition

Pursuant to the Amended Case Management Order (ECF No. 67), the parties are permitted ten depositions. Plaintiffs have taken or scheduled ten depositions. Nine of the depositions are of the individual defendants; the tenth is a Rule 30(b)(6) deposition of Defendant City of St. Louis. Plaintiffs wish to take an additional deposition, of Nicholas Manasco, the police officer who wrote the supplemental police report describing the August 19, 2015 events that are a central subject of this lawsuit. The deposition is important for Plaintiffs' case and would not be unduly burdensome or cause undue prejudice. Plaintiffs have twice asked Defendants' counsel for its position on this request but have received no response.

WHEREFORE Plaintiffs request the Court grant them leave to take eleven depositions in this case.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
Omri E. Praiss, #41850MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, MO 63101
Phone: 314-652-3114

Fax:     314-652-3112
arothert@aclu-mo.org
jsteffan@aclu-mo.org
opraiss@aclu-mo.org

Gillian R. Wilcox, #61278MO
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938

**Attorneys for Plaintiffs**