UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH MOLINA, *et al.* ) | |
| ) | |
| Plaintiffs, ) | Case No. 4:17-cv-2498-AGF |
| ) | |
| v. ) | |
| ) | |
| CITY OF ST. LOUIS *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS'**
**MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITION**

COME NOW Defendants City of St. Louis ("City"), Daniel Book, Joseph Busso, Jason Chambers, Lance Coats, Stephen Dodge, Joseph Mader, Michael Mayo, Mark Seper, and William Wethington, by and through their attorney Julian Bush, City Counselor for the City of St. Louis, and consent to Plaintiffs' Motion for Leave to Take Additional Deposition. (Doc. 103).

Respectfully submitted,

JULIAN BUSH,
CITY COUNSELOR

By: /s/ Andrew D. Wheaton
Andrew D. Wheaton   #65269MO
Associate City Counselor
City Hall, Room 314
St. Louis, MO 63103
314.622.4594
wheatona@stlouis-mo.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 7, 2019, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system on all counsel of record.

                                                 /s/ Andrew D. Wheaton