UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH MOLINA, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No. 4:17-CV-2498-AGF |
| CITY OF ST. LOUIS, MISSOURI, et al. | ) ) ) |
| Defendants. | ) |

### ORDER

Upon consultation with counsel for the parties,

**IT IS HEREBY ORDERED** that the Court shall hold a telephone conference with counsel for the parties on Tuesday, January 22, 2019, at 3:00 p.m. to explore solutions to their challenges with respect to electronic discovery.

<em>Audrey G. Fleissig</em><br>
AUDREY G. FLEISSIG<br>
UNITED STATES DISTRICT JUDGE

Dated this 18th day of January, 2019.