UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **SARAH MOLINA**, *et al*. ) | |
| ) | |
| Plaintiffs, ) | Case No. 4:17-cv-2498-AGF |
| ) | |
| v. ) | |
| ) | |
| **CITY OF ST. LOUIS** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT JASON CHAMBERS' UNOPPOSED
MOTION TO BE EXCUSED FROM MEDIATION ATTENDANCE**

COMES NOW Defendant Jason Chambers, by and through his attorney Julian Bush, City Counselor for the City of St. Louis, and for his unopposed motion to be excused from mediation attendance states as follows:

1. In April of 2016, Jason Chambers was shot in the leg while on duty as a police officer in the City of St. Louis.

2. As a result of serious injuries sustained in that shooting, Mr. Chambers retired from the City of St. Louis Police Division on disability and now suffers from nearly constant pain. He has been diagnosed with peripheral polyneuropathy and complex regional pain syndrome. In addition, Mr. Chambers very recently learned that his leg will likely need to be amputated as a result of his injury.

3. Mr. Chambers cannot drive himself and has a previously scheduled doctor's appointment tomorrow where he will receive a second round of injections to alleviate his pain.

4. It is difficult and painful for Mr. Chambers to travel and for him to sit upright for long periods of time as he would be required to do at mediation.

5. Despite repeated good faith efforts to learn of potential conflicts, Counsel was not made aware of Mr. Chambers' scheduled procedure until late yesterday evening.

6. All parties have discussed this issue with our mediator, Mr. Michael Hart. Counsel for Defendants has made every effort to resolve this matter without the need for further court intervention, including by asking Plaintiffs to agree that, in light of Mr. Chambers' condition and appointment, he need not attend. However, Plaintiffs have taken the position that, in light of the Court's order denying Defendants' motion to excuse attendance (Doc. 111), this motion is necessary.

7. Plaintiffs do not oppose this motion.

8. Defendant Jason Chambers therefore respectfully requests that he be excused from personal attendance at mediation tomorrow.

WHEREFORE, Defendant Jason Chambers respectfully request that that he be excused from personal attendance at mediation tomorrow.

Respectfully submitted,

JULIAN BUSH,
CITY COUNSELOR

By: /s/ Andrew D. Wheaton
Andrew D. Wheaton   #65269MO
Associate City Counselor
City Hall, Room 314
St. Louis, MO 63103
314.622.4594
wheatona@stlouis-mo.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2019, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system on all counsel of record.

                                                  /s/ Andrew D. Wheaton