UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH MOLINA, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CITY OF ST. LOUIS, MISSOURI, et al. )<br>)<br>Defendants. ) | Case No.  4:17-CV-2498-AGF |

**ORDER**

As discussed with counsel for the parties,

**IT IS HEREBY ORDERED** that John F. Cowling, who has confirmed that he has no conflict of interest, is appointed as Mediator in this case to assist the parties in resolving their electronic discovery dispute as described in Plaintiffs' motion to compel (ECF No. 88) and related pleadings.

**IT IS FURTHER ORDERED** that the parties, through counsel, shall meet and confer in good faith with Mr. Cowling at his discretion and direction.  Mr. Cowling shall have the authority to engage in ex parte communications with all parties, counsel, and the Court.  As and when he deems appropriate, Mr. Cowling shall report to the Court on parties' progress and may submit recommendations to the Court with respect to disposition of the dispute.

**IT IS FURTHER ORDERED** that the parties shall equally share in the payment of Mr. Cowling's fees and expenses.   The parties will be expected to sign an engagement letter with Mr. Cowling, who has agreed to provide his services at a reduced rate.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of the case file to John F. Cowling, Armstrong Teasdale LLP, 7700 Forsyth Blvd, Suite 1800, St. Louis MO  63105, 314-621-5070, email:  jcowling@armstrongteasdale.com , and shall add him to the case file to provide him access to future filings.

                                                    *(signature)*
                                                    AUDREY G. FLEISSIG
                                                    UNITED STATES DISTRICT JUDGE

Dated this 13th day of February, 2019.