**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| SARAH MOLINA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 4:17-cv-2498 AGF |
| v. ) | |
| ) | |
| CITY OF ST. LOUIS, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

**Joint Status Report**

Counsel for the parties have had a number of calls with the mediator and have supplied requested information about the discovery disputes. The second motion to compel (ECF No. 126) will be resolved shortly. With respect to plaintiffs' motion to compel (ECF No. 88), discussions with the mediator are ongoing. The discussions should be completed within the next two weeks. At that time, the parties will be able to inform the court if all or part of the dispute has been resolved.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, MO 63101
Phone: 314-652-3114
arothert@aclu-mo.org

Gillian R. Wilcox, #61278MO
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
gwilcox@aclu-mo.org
**Attorneys for Plaintiffs**