UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH MOLINA, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 4:17-CV-2498-AGF ) |
| CITY OF ST. LOUIS, MISSOURI, et al. | ) ) |
| Defendants. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the parties shall file a joint report on the status of their efforts to resolve outstanding electronic discovery disputes by **Monday, July 22, 2019**.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 16th day of July, 2019.