# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SARAH MOLINA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.:   4:17-cv-2498 AGF |
| v. ) | |
| ) | |
| CITY OF ST. LOUIS, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

### Joint Status Report

Counsel for the parties have had a number of calls with the mediator and have narrowed the disputes raised in the pending motions to compel (ECF Nos. 88, 126). Defendants provided information and documentation to aid Plaintiffs in identifying particular email accounts that may contain relevant emails and, on July 19, 2019, Plaintiffs submitted their proposed searches which each identify a number of different email accounts to be searched over four distinct time periods. The City is in the process of determining how many hits these proposed searches generate and anticipates that by August 9, 2019 it will be in a position to determine whether it will agree to review, screen, and produce the resultant emails. The parties believe that, barring unforeseen circumstances, they will be able to advise the Court within 60 days what, if any, disputes remain unresolved.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, MO 63101
Phone: 314-652-3114
arothert@aclu-mo.org

Gillian R. Wilcox, #61278MO
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
gwilcox@aclu-mo.org
**Attorneys for Plaintiffs**

/s/ Andrew D. Wheaton
Andrew D. Wheaton   #65269 MO
Associate City Counselor
Attorney for Defendants
City Hall, Room 314,
St. Louis, MO  63103
314.622.3361
FAX: 314.622.4956
wheatona@stlouis-mo.gov
**Attorneys for Defendants**