UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH MOLINA, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No. 4:17-CV-2498-AGF |
| CITY OF ST. LOUIS, MISSOURI, et al. | ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendants' motion (ECF No. 151) to amend the case management order (ECF No. 148). Specifically, Defendants request additional time for discovery in order to (1) serve a subpoena on Scott Kampas for the production of video recordings of the events of August 19, 2015, (2) obtain the production of Plaintiff Christina Vogel's medical records as relevant to her claim of emotional distress, and (3) obtain production of Plaintiff Vogel's contemporaneous written description of the event of August 19, 2015.

In support of their motion, Defendants explain their various discovery efforts and describe their corresponding impediments allegedly due to non-cooperation by counsel in this case and another involving Mr. Kampas. In response, Plaintiffs assert that Defendants have not been diligent in pursuing these matters and thus lack good cause for an extension. In reply, Defendants explain that they suspended discovery efforts while the parties attempted mediation, and Plaintiffs recently requested a case management amendment to which Defendants consented. Defendants also report that Plaintiff Vogel

has now produced her contemporaneous writings and Mr. Kampas has been served, but retrieval of Kampas's videos will require the intervention of third-party technology services.

Upon review of the parties' arguments and accompanying exhibits, and in light of the overall record as it relates to case management developments in this case, the Court finds that Plaintiffs position on the present motion is not constructive. Defendants' request is reasonable and supported by good cause and will be granted.

The parties are reminded to work together in good faith to advance and complete discovery in this case. Any further extensions may necessitate a change in the trial date, currently December 14, 2020.

Accordingly, and for good cause shown,

**IT IS HEREBY ORDERED** that Defendants' motion (ECF No. 151) to amend the case management order is **GRANTED** as follows:

1. Discovery shall be completed by June 8, 2020.

2. Any dispositive motions and motions under *Daubert* shall be filed by June 15, 2020. Responses shall be filed within 28 days (and no later than July 13, 2020), and any replies shall be filed within 14 days thereafter (and no later than July 27, 2020).

_____<br>
AUDREY G. FLEISSIG<br>
UNITED STATES DISTRICT JUDGE

Dated this 27th day of April, 2020.

2