UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH MOLINA, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 4:17-CV-2498-AGF ) |
| CITY OF ST. LOUIS, MISSOURI, et al. | ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Defendants' motion to extend the deadline for dispositive motions and to permit additional limited discovery as described in the motion. ECF No. 160.  The Court finds Defendants' request to be reasonable but will allow Plaintiffs an opportunity to respond.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs shall file any response to Defendants' motion by **June 12, 2020**, at **12:00 p.m**.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 9th day of June, 2020.