IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH MOLINA, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No.:  4:17-cv-2498 AGF ) |
| CITY OF ST. LOUIS, MISSOURI, et al., | ) ) |
| Defendants. | ) |

**Plaintiffs' Motion to Dismiss Defendant Jason Chambers and Memorandum in Support**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs move to voluntarily dismiss Defendant Jason Chambers, sued in his individual capacity. In support, Plaintiffs state that:

1. Plaintiffs wish to dismiss Chambers because the evidence to date tends to suggest he is not individually liable for the constitutional violations Plaintiffs have alleged.

2. Plaintiffs submit this motion before the dispositive-motion deadline in order to conserve the resources of the Court and the parties.

3. There would be no prejudice to any defendant by the granting of this motion.

WHEREFORE Plaintiffs respectfully request that the Court dismiss Defendant Jason Chambers from this action.

Respectfully submitted,

/s/ Jessie Steffan
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
Omri E. Praiss, #41850MO
Kayla DeLoach, #72424MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, MO 63101
Phone: 314-652-3114

Gillian R. Wilcox, #61278MO

ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938

**Attorneys for Plaintiffs**