Case: 4:17-cv-02498-AGF   Doc. #:  171-25   Filed: 07/06/20   Page: 1 of 9 PageID #: 3026
MALEEHA AHMAD, et al vs. CITY OF ST. LOUIS
Deposition of SCOTT KAMPAS taken on 6/10/19

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


MALEEHA AHMAD, et al,         )
                              )
        Plaintiff,            )
                              )
    vs.                       )   Case No. 4:17-CV-2455 CDP
                              )
CITY OF ST. LOUIS,            )
                              )
        Defendant.            )


DEPOSITION OF SCOTT KAMPAS

Taken on behalf of the Defendant

June 10, 2019


Reported by:  Christine A. LePage, CCR #1000

MASUGA REPORTING SERVICE
2033 Hiawatha Avenue
St. Louis, Missouri 63143-1215

Case: 4:17-cv-02498-AGF   Doc. #:  171-25   Filed: 07/06/20   Page: 2 of 9 PageID #: 3027

MALEEHA AHMAD, et al vs. CITY OF ST. LOUIS
Deposition of SCOTT KAMPAS taken on 6/10/19

```
            IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION


MALEEHA AHMAD, et al,        )
                             )
        Plaintiff,           )
                             )
   vs.                       )   Case No. 4:17-CV-2455 CDP
                             )
CITY OF ST. LOUIS,           )
                             )
        Defendant.           )
```

     DEPOSITION OF SCOTT KAMPAS, taken on behalf of the Defendant, on the 10th day of June, 2019, between the hours of eight o'clock in the forenoon and six o'clock in the afternoon of that day, at the City Counselor's Office, 1200 Market Street, St. Louis City, before Christine A. LePage, a Registered Professional Reporter, Certified Court Reporter, and Notary Public.

Case: 4:17-cv-02498-AGF   Doc. #:  171-25   Filed: 07/06/20   Page: 3 of 9 PageID #: 3028

MALEEHA AHMAD, et al vs. CITY OF ST. LOUIS
Deposition of SCOTT KAMPAS taken on 6/10/19

```
 1
 2                  A P P E A R A N C E S
 3
    FOR THE PLAINTIFF:
 4
    ACLU
 5  906 Olive Street, Suite 1130
    St. Louis, Missouri 63101
 6  By:  Anthony E. Rothert, Esq.
 7
    FOR THE DEFENDANT:
 8
    St. Louis City Counselor's Office
 9  1200 Market Street, Room 314
    St. Louis, Missouri 63103
10  By:  Andrew Wheaton, Esq.
11
    FOR THE WITNESS:
12
    Khazaeli Wyrsch, LLC
13  911 Washington Avenue, Suite 211
    St. Louis, Missouri 63101
14  By:  Javad M. Khazaeli, Esq.
15
16
17                      I N D E X
18                                              Page    Line
19  Direct Examination . . . . . . . . . . . .   4       6
    Cross-Examination by Mr. Rothert . . . . .  92       3
20  Redirect Examination . . . . . . . . . . .  94      23
21
22
23
24
25
```

Case: 4:17-cv-02498-AGF   Doc. #:  171-25   Filed: 07/06/20   Page: 4 of 9 PageID #: 3029

MALEEHA AHMAD, et al vs. CITY OF ST. LOUIS
Deposition of SCOTT KAMPAS taken on 6/10/19

1   Q.   Tell me every other location that you saw
2  tear gas deployed on August 19th, 2015 other than at
3  the intersection of Page and Walton.
4   A.   For several blocks north of Page off of
5  Walton, I saw in the distance south of Walton, or,
6  excuse me, south of Page on Walton, and then also a
7  block west it was still being deployed, there was
8  BearCats and other armored vehicles that were deploying
9  it driving quickly.
10       MR. WHEATON:  I'm sorry, can you read his
11  answer back for me?
12       (Whereupon the previous answer was read by
13  the court reporter.)
14   Q.   (By Mr. Wheaton)  So as I understand, you saw
15  tear gas deployed at the intersection of Page and
16  Walton, right?
17   A.   That's correct, yes.
18   Q.   You saw tear gas deployed south of Page on
19  Walton, right?
20   A.   Yes, in the distance for that.
21   Q.   And you saw tear gas deployed one block west
22  of the intersection of Page and Walton on Page; is that
23  right?
24   A.   That would have been more towards Euclid, I
25  think, at that point, and it was north of Page on

Case: 4:17-cv-02498-AGF   Doc. #:  171-25   Filed: 07/06/20   Page: 5 of 9 PageID #: 3030

MALEEHA AHMAD, et al vs. CITY OF ST. LOUIS
Deposition of SCOTT KAMPAS taken on 6/10/19

1  Euclid, and then also on Walton north of Page.
2      Q.   So north of Page on Euclid you saw tear gas
3  deployed?
4      A.   Yes.  It might have been an alley or -- it
5  was within a block range there, it couldn't have been
6  an alley, because I don't -- it was in that region
7  there for that -- precisely speaking of west of Walton.
8      Q.   Okay.
9      A.   And north of Page.
10     Q.   And the tear gas that you saw deployed north
11 of Page on Euclid, was that deployed by the St. Clair
12 County BearCat as it turned north on Euclid from Page?
13     A.   I don't know who fired it, but it was
14 definitely like BearCat or a similar armored vehicle.
15     Q.   Did you see any other deployment of tear gas
16 on August 19th, 2015 other than what you've testified
17 to?
18     A.   Not that I recall, no.
19     Q.   If you give me one minute, I'm going to show
20 you a video from that day and ask you some questions
21 about it, okay?
22     A.   Okay.
23     Q.   And just for the record, this is the --
24 what's been termed the DeMian video, Exhibit I, to the
25 defendant's motion for summary judgment in Molina, and

Case: 4:17-cv-02498-AGF   Doc. #: 171-25   Filed: 07/06/20   Page: 6 of 9 PageID #: 3031

MALEEHA AHMAD, et al vs. CITY OF ST. LOUIS
Deposition of SCOTT KAMPAS taken on 6/10/19

1  I'm going to start playing it at 7:14.
2         MR. ROTHERT:  You should probably give
3  more -- that is not part of the record in this case, so
4  you might be a little more specific about what it is,
5  the video.
6         MR. WHEATON:  Sure.  And I can turn on the
7  lights and -- additional foundation, but --
8         MR. ROTHERT:  Well, more than just
9  identification.  I know what it is --
10        MR. WHEATON:  Sure.
11        MR. ROTHERT:  -- but Javad might not know
12 what it is.
13        MR. WHEATON:  Okay.
14        MR. ROTHERT:  Or might.
15        (Discussion was held off the record.)
16    Q.   (By Mr. Wheaton)  All right.  I'm starting at
17 7:14 and --
18        (Whereupon a video recording was playing.)
19    Q.   (By Mr. Wheaton) -- pausing it at 7:22.  Is
20 that you on the right here in the green hat?
21    A.   It's very grainy, but it looks like it could
22 be me, so I can't say for sure.
23    Q.   Okay.  And this individual will come back
24 into the frame in a couple seconds, which I'm going to
25 play here, and maybe we'll be able to clear it up then,

Case: 4:17-cv-02498-AGF   Doc. #:  171-25   Filed: 07/06/20   Page: 7 of 9 PageID #: 3032

MALEEHA AHMAD, et al vs. CITY OF ST. LOUIS
Deposition of SCOTT KAMPAS taken on 6/10/19

```
 1   all right?  I'm going to keep playing from 7:22.
 2           (Whereupon a video recording was playing.)
 3       Q.   (By Mr. Wheaton)  Stopped it at 7:53.  Can
 4   you identify that --
 5       A.   It's still grainy, it does appear to be me, I
 6   can't be certain, but it does appear.
 7       Q.   Okay.  Do you recognize this intersection
 8   that the video is being taken at as the intersection of
 9   Euclid and Page?
10       A.   No, I'm not certain that is the case, but --
11       Q.   Okay.  Give me one second here.  Well,
12   actually while we're at 7:53, do you see any -- Well,
13   let me first ask you:  Do you specifically recall being
14   there during the time that this video was being
15   recorded?
16       A.   I remember being in that general area during
17   that evening.
18       Q.   All right.  Do you see any tear gas
19   deployments that you can make out in this video at
20   7:53?
21           MR. KHAZAELI:  I would object, I mean,
22   looking at this right now as a screen shot, I can't
23   tell what's clouds, what's anything, so --
24           MR. WHEATON:  Okay.  And I'll just ask that
25   you keep your objections to legal ones.
```

Case: 4:17-cv-02498-AGF   Doc. #:  171-25   Filed: 07/06/20   Page: 8 of 9 PageID #: 3033

MALEEHA AHMAD, et al vs. CITY OF ST. LOUIS
Deposition of SCOTT KAMPAS taken on 6/10/19

1   Q.   (By Mr. Wheaton)  And if you understand the
2   question, you can go ahead and answer.
3        MR. KHAZAELI:  Well, but I'm going to object
4   saying that that demonstrative evidence makes it
5   impossible for him to answer the question.  Go ahead.
6   A.   Yeah, I cannot really discern.  I mean, that
7   one still, I can't tell that there's any tear gas, but
8   it could be just off frame, it could have happened just
9   before or just after that, so --
10  Q.   (By Mr. Wheaton)  Okay.
11  A.   It could be occurring right then and I
12  wouldn't be able to discern that.
13  Q.   All right.  So you specifically recall tear
14  gas being deployed north of Page on Euclid, right?
15  A.   Yes, and especially on Walton, but on Euclid
16  as well.
17  Q.   All right.  But you do not recall any tear
18  gas being deployed south of Page on Euclid; is that
19  right?
20  A.   I did not see it.  I saw it south of Page on
21  Walton in the distance.
22  Q.   But you did not see any tear gas deployed
23  south of Page on Euclid; is that right?
24  A.   Not that I recall, no.  I mean, I saw the
25  truck down there, so it was -- a lot was happening, but

Case: 4:17-cv-02498-AGF   Doc. #: 171-25   Filed: 07/06/20   Page: 9 of 9 PageID #: 3034

MALEEHA AHMAD, et al vs. CITY OF ST. LOUIS
Deposition of SCOTT KAMPAS taken on 6/10/19

```
 1   not that I can be certain about, no.
 2        Q.   So you saw the police truck south of Page on
 3   Euclid; is that right?
 4        A.   Yes.
 5        Q.   But you did not see it deploy any tear gas,
 6   is that right, south of Page on Euclid?
 7        A.   Not that I can be sure about, no.
 8        Q.   Were you recording, if you know, during the
 9   time that this DeMian video was taken?
10        A.   Well, that DeMian video, I'm not sure what
11   DeMian video that is.  I am aware of some DeMian
12   videos.
13        Q.   But you're recording during --
14        A.   Then I was recording -- I was recording at
15   the same time that DeMian was recording during that
16   evening, I can't say for sure in this video.
17        Q.   And do you know how many videos in total you
18   recorded on August 19th, 2015?
19        A.   I don't remember precisely, it's several,
20   though.
21        Q.   Did you ever follow the police Bear, I'll
22   call it, south on Euclid, as it traveled south on
23   Euclid that day?
24        A.   If I did, it wasn't that far south of --
25   south of Page on Euclid, it remained in the distance
```