1                IN THE UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
2                         EASTERN DIVISION

3
      SARAH MOLINA, ET AL.,         )
4                                   )
          Plaintiffs,               )
5                                   )
          vs.                       ) Cause No.
6                                   ) 4:17-CV-2498 AGF
      CITY OF ST. LOUIS,            )
7     MISSOURI, ET AL.,             )
                                    )
8         Defendants.               )

9

10

11

12             DEPOSITION OF NICHOLAS MANASCO

13          TAKEN ON BEHALF OF THE PLAINTIFFS

14                 JANUARY 18, 2019

15

16

17

18

19

20

21

22

23

24

25

```
 1                          INDEX

 2                                          PAGE NO.
     INDEX PAGE                                2
 3   DEPOSITION INFORMATION                    3
     APPEARANCE PAGE                           4
 4   EXAMINATION BY MS. STEFFAN                5
     EXAMINATION BY MR. WHEATON                62
 5   FURTHER EXAMINATION BY MS. STEFFAN        63
     NOTARIAL CERTIFICATE                      65
 6

 7

 8

 9

10                        EXHIBITS

11   PLAINTIFF'S

12   EXHIBIT NO.    DESCRIPTION           PAGE NO.
     Manasco 1    After Action Report        26
13   Manasco 2    Google Earth Map           29
     Manasco 3    After Action Report        60
14   Manasco 4    Intra-Department Report    61

15

16

17

18

19

20

21

22

23

24

25
```

Pls.' Ex. 5

```
 1              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
 2                     EASTERN DIVISION

 3
        SARAH MOLINA, ET AL.,         )
 4                                    )
            Plaintiffs,               )
 5                                    )
            vs.                       ) Cause No.
 6                                    ) 4:17-CV-2498 AGF
        CITY OF ST. LOUIS,            )
 7      MISSOURI, ET AL.,             )
                                      )
 8          Defendants.               )

 9

10              DEPOSITION OF NICHOLAS MANASCO, produced,

11   sworn and examined on January 18, 2019, between the

12   hours of 9:00 in the forenoon and 10:48 in the

13   forenoon of that day, at the offices of City

14   Counselor's Office, 1200 Market Street, Room 314, St.

15   Louis, Missouri 63103, before Susannah L. Massie, a

16   Certified Court Reporter, a Notary Public within and

17   for the State of Missouri, in a certain cause now

18   pending in the United States District Court, Eastern

19   District of Missouri, Eastern Division, wherein SARAH

20   MOLINA, ET AL., are Plaintiffs and CITY OF ST. LOUIS,

21   MISSOURI, ET AL., are Defendants; taken on behalf of

22   the Plaintiffs.

23

24

25
```

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

```
 1                   A P P E A R A N C E S
 2
     For the Plaintiffs:
 3           ACLU OF MISSOURI FOUNDATION
                   By:  Jessie Steffan
 4                 906 Olive Street
                   Suite 1130
 5                 St. Louis, Missouri  63101
                   (314) 652-3114
 6                 Jsteffan@aclu-mo.org
 7
     Co-Counsel for the Plaintiff:
 8           ACLU OF MISSOURI FOUNDATION
                   By: Omri Praiss
 9
     For the Defendants:
10           CITY COUNSELOR'S OFFICE
                   By:  Andrew D. Wheaton
11                 1200 Market Street
                   Room 314
12                 St. Louis, Missouri  63103
                   (314) 622-4594
13                 WheatonA@stlouis-mo.gov
14
15
16   Witness:  NICHOLAS MANASCO
17
18
     Court Reporter:
19           Susannah L. Massie, CCR MO #902
             Alaris Litigation Services
20           711 North Eleventh Street
             St. Louis, MO  63101
21           (314) 644-2191
             1-800-280-3376
22
23
24
25
```

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

```
 1              IT IS HEREBY STIPULATED AND AGREED, by and

 2    between counsel for the Plaintiffs and counsel for the

 3    Defendants that this deposition may be taken in

 4    shorthand by Susannah L. Massie, a Certified Court

 5    Reporter and Notary Public, and afterwards transcribed

 6    into typewriting; and the signature of the witness is

 7    expressly waived.

 8                   *     *     *     *     *

 9                   NICHOLAS MANASCO,

10    of lawful age, produced, sworn and examined on behalf

11    of the Plaintiffs, deposes and says:

12                         EXAMINATION

13    BY MS. STEFFAN:

14         Q.    Good morning, Officer.

15         A.    Good morning.

16         Q.    I see your name is actually on your shirt,

17    but if you could go ahead and say it and spell it,

18    that would be great.

19         A.    Nicholas Manasco.  N-I-C-H-O-L-A-S,

20    M-A-N-A-S-C-O.

21         Q.    Thank you.  I was introduced earlier, but

22    I'm Jessie Steffan.  I'm one of the Plaintiffs'

23    attorneys in this case, which is called Molina versus

24    City of St. Louis.

25               Have you ever been deposed before?
```

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

```
 1          A.   Yes, I have.

 2          Q.   Recently?

 3          A.   It's been about a couple of years.

 4          Q.   I'll go over a couple of ground rules.  I'm

 5     going to try not to talk over you when you are giving

 6     a response.  Please try not to talk over me when I'm

 7     asking question.  And I'd ask that you try to respond

 8     verbally so the court reporter can take down how

 9     you're responding, rather than nodding or shaking your

10     head.  Do you understand that?

11          A.   Yes.

12          Q.   If you do not understand a question that

13     I've asked, please ask me to clarify; otherwise, if

14     you answer the question I will presume you understood

15     what I've asked.  Does that make sense?

16          A.   Yes, it does.

17          Q.   Have you taken any medication, drugs,

18     alcohol, anything that would affect your ability to

19     testify truthfully or to remember things that happened

20     to you?

21          A.   No.

22          Q.   Do you have any health conditions that have

23     those effects?

24          A.   No, I don't.

25          Q.   Did you do anything to prepare for today's
```

NICHOLAS MANASCO  1/18/2019

```
 1    deposition other than talk with your lawyer?

 2          A.    I reviewed that After Action Report.

 3          Q.    The After Action Report from August 19,

 4    2015?

 5          A.    Yes, I did.

 6          Q.    Any other After Action Reports you

 7    reviewed?

 8          A.    No.

 9          Q.    Did you talk to anyone in preparation for

10    today's deposition other than your lawyer?

11          A.    No, I didn't.

12          Q.    You live in Oakville?

13          MR. WHEATON: You can tell them the town.

14          He's not going to tell you, consistent with

15    everybody else, his home address.

16          But the town or the general area where you

17    live is fine.

18          A.    Yes, I live in Oakville.

19    BY MS. STEFFAN:

20          Q.    On Sagebrook Court?

21          MR. WHEATON: I'll leave that -- you know, I

22    don't know how big the street is, whether it would be

23    easily identifiable where his house is.  If so, then

24    he's not going to answer that question.

25          A.    I'm not going to answer that.
```

**NICHOLAS MANASCO  1/18/2019**

Page 8

```
 1                    MS. STEFFAN: We really need Officer

 2   Manasco's address in case we need to subpoena him for

 3   trial since he's not a party to this case.

 4                    MR. WHEATON: I will make him available for

 5   trial, as I have today.

 6                    MS. STEFFAN: Okay.

 7   BY MS. STEFFAN:

 8        Q.    You know your address is online; do you

 9   know that, sir?

10        A.    No.

11        Q.    How old are you?

12        A.    42.

13        Q.    Did you graduate from high school?

14        A.    Yes, I did.

15        Q.    Did you graduate from a police academy?

16        A.    Yes, I did.

17        Q.    Is it St. Louis Metropolitan Police

18   Academy?

19        A.    No, it wasn't.

20        Q.    What police academy did you graduate from?

21        A.    St. Louis County.

22        Q.    When did you graduate?

23        A.    2001.

24        Q.    Have you attended any college?

25        A.    Yes, I have.
```

Pls.' Ex. 5

```
 1           Q.    What college did you attend?
 2           A.    University of Missouri, St. Louis.
 3           Q.    Did you study a particular field?
 4           A.    Criminal justice.
 5           Q.    Did you get a degree?
 6           A.    Yes, I did.
 7           Q.    A bachelor's degree?
 8           A.    Of science.
 9           Q.    Any graduate education?
10           A.    No.
11           Q.    You said you graduated from St. Louis
12     County Police Academy in 2001; is that correct?
13           A.    Yes.
14           Q.    What employment did you seek after that?
15           A.    I was employed by St. Louis County.
16           Q.    Police department?
17           A.    Yes.
18           Q.    How long were you at St. Louis County?
19           A.    From 2001 to 2005.
20           Q.    Were you a police officer?
21           A.    Yes.
22           Q.    Did you have any particular assignment or
23     were you on patrol?
24           A.    I was assigned to patrol.
25           Q.    You left St. Louis County in 2005?
```

NICHOLAS MANASCO  1/18/2019

```
 1          A.    Yes.

 2          Q.    Did you go to St. Louis City at that point?

 3          A.    Yes, I did.

 4          Q.    Were you a police officer when you began

 5     your employment with St. Louis Metropolitan Police

 6     Department?

 7          A.    Yes, I was.

 8          Q.    Are you still a police officer now?

 9          A.    Yes, I am.

10          Q.    Okay.  So you've been continuously employed

11     at St. Louis Metropolitan Police Department since 2005

12     until now?

13          A.    Yes, I have.

14          Q.    And you're on SWAT?

15          A.    Yes, I am.

16          Q.    When did you first become a member of SWAT?

17          A.    Um, in 2007.

18          Q.    Is that a position that you sought out?

19          A.    Yes, it is.

20          Q.    You did a written test and a skills test;

21     is that right?

22          A.    Not a written test.

23          Q.    No written test.  Just going through the

24     kinds of skills that you might need to be a member of

25     SWAT?
```

NICHOLAS MANASCO  1/18/2019

```
 1          A.    Yes.
 2          Q.    When you left St. Louis County was that
 3   because you chose to?
 4          A.    Yes, it was.
 5          Q.    Were you on SWAT in St. Louis County?
 6          A.    No, I wasn't.
 7          Q.    What's your sort of main responsibility as
 8   a member of SWAT?
 9          A.    We are delegated to serve all high risk
10   search warrants in the city as well as respond to any
11   barricaded subjects, hostage situations, things of
12   that type.
13          Q.    I've heard the term barricaded subjects
14   from some of your colleagues as well.  Is that a
15   common situation to have a barricaded subject?
16          A.    I wouldn't say it's common.
17          Q.    Dangerous though?
18          A.    Yes.
19          Q.    How often does it happen?
20          A.    Um, where we're actually deployed or we get
21   notified of one?
22          Q.    Is there a big difference between those
23   things?
24          A.    Commanders can call what we call a 7250,
25   which is like a barricade or a hostage situation.
```

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

 1    We'll get notified of it, but we won't -- sometimes it

 2    will get resolved before we have to actually deploy to

 3    that location.

 4         **Q.    Have you ever been convicted of a crime?**

 5         A.    No, I haven't.

 6         **Q.    Have you ever been prosecuted for a crime?**

 7         A.    No, I haven't.

 8         **Q.    Have you ever been arrested?**

 9         A.    No, I haven't.

10         **Q.    Have you ever been sued for something you**

11    **did as a police officer?**

12         A.    Like by a Defendant?

13         **Q.    Are you saying a criminal Defendant?  Yeah,**

14    **by somebody you interacted with in the course of duty?**

15         A.    Like someone I arrested?

16         **Q.    Yeah, for example.**

17         A.    No.

18         **Q.    Are you a member of a unit called the Civil**

19    **Disobedience Team?**

20         A.    I'm not a member of that team.

21         **Q.    You do training for that team?**

22         A.    We help in the training.

23         **Q.    What do you do to help with their training**

24    **as CDT team?**

25         A.    Mostly we just act as role players for

Pls.' Ex. 5

**NICHOLAS MANASCO  1/18/2019**

```
 1   scenarios.
 2          Q.    Have you done that?
 3          A.    Yes.
 4          Q.    What kinds of scenarios are you training
 5   them for?
 6          A.    Civil disobedience.
 7          Q.    What is that?
 8          A.    Um, like if they get called for an incident
 9   where people are acting unlawfully or unruly, they'll
10   notify the Civil Disobedience Team.
11          Q.    I imagine you went to SWAT school; right?
12          A.    Yes.
13          Q.    What other kinds of training have you done
14   as a member of SWAT team?
15          A.    There's a lot.
16          Q.    Lots of different kinds?
17          A.    I can tell you what I recall.
18          Q.    Sure.
19          A.    I've been to explosive breaching.  I'm an
20   NRA firearms instructor.  I'm a CQB tactics
21   instructor.  I'm trained for FEMA as a blast
22   recognitionist.  That's all I can recall specifically.
23          Q.    Do you have any training on the use of
24   chemical munitions?
25          A.    Oh, I'm trained through Combined Tactical
```

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

1    Systems as a chemical munitions instructor.  Sorry.  I

2    forgot about that.

3         **Q.    No.  I understand the list you gave was**

4    **probably not exhaustive.  Combined Tactical Systems**

5    **commonly known as CTS?**

6         A.    Yes.

7         **Q.    Did you attend training put on by CTS or**

8    **are you a trainer?**

9         A.    I attended an instructor school put on by

10   CTS, yes.

11        **Q.    Okay.  Was that out in Eureka?**

12        A.    Yes, it was.

13        **Q.    When was that approximately?**

14        A.    2013.

15        **Q.    Do you remember what you learned about?**

16        A.    We went over all the different chemical

17   munitions that the CTS distributes as well as noise

18   flash diversionary devices and their less lethal

19   products and how to use them.

20        **Q.    Is a chemical munition a less lethal**

21   **product or is that a different topic?**

22        A.    They're different.  I guess it's less

23   lethal, but it's not like -- like bean bag rounds,

24   like that's what I mean by less lethal.  Stuff like

25   that.

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

```
 1            Q.    Actual projectiles?

 2            A.    Yes.

 3            Q.    Are the chemical munitions that St. Louis

 4   Metropolitan Police Department has manufactured by

 5   CTS?

 6            A.    Yes, they are.

 7            Q.    Other than that training put on by CTS do

 8   you have any other training related to the use of

 9   chemical munitions?

10            A.    No.

11            Q.    Do you have any training on when it is

12   appropriate to use chemical munitions and when it is

13   not appropriate to use them?

14            A.    Um, there's like a use of force continuum.

15            Q.    That's in the use of force written policy;

16   is that what you're referring to?

17            A.    Our use of force written policy?

18            Q.    Yeah.  When you say use of force continuum,

19   is that described in the department's written use of

20   force policy?

21            A.    I don't recall if it is described in there

22   or not.

23            Q.    You're saying you have been trained on the

24   use of force continuum?

25            A.    So for like chemical munitions, we'll
```

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

1  always deploy smoke, pepper ball, before we actually

2  deploy like a CS canister or stuff like that.

3       Q.   Okay.  So there's sort of a continuum

4  within chemical munitions?

5       A.   Yes.

6       Q.   Do chemical munitions fall into a larger

7  use of force continuum that involves other types of

8  force?

9       A.   No.

10      Q.   Have you ever used chemical munitions while

11 on duty?

12      A.   Yes, I have.

13      Q.   When have you done that?

14      A.   Um, well, and I couldn't recall every

15 barricaded subject that I've responded to, but I've

16 used them on barricaded subjects throughout the years.

17           In Ferguson we used them.  The night of the

18 Darren Wilson Grand Jury decision was announced we

19 used them.  At Page and Walton we used them.  Those

20 are the instances that I can recall.

21      Q.   The night the Darren Wilson non-indictment

22 was announced, you used the -- let me start over.

23           You used them at Arsenal and Grand,

24 thereabouts, in south city?

25      A.   Yes.

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

```
 1          Q.    Any other locations other than that area?
 2          A.    Just the surrounding area, Arsenal and
 3     Grand.
 4          Q.    And when you say Page and Walton, that is
 5     from the date that Mansur Ball-Bey was shot; is that
 6     right?
 7          A.    Yes, it was.
 8          Q.    And you said Ferguson.  I assume that is
 9     post Mike Brown shooting in the city of Ferguson; is
10     that correct?
11          A.    I don't know if that's considered the city
12     of Ferguson up there.  North St. Louis County.
13          Q.    Not in St. Louis City?
14          A.    No.
15          Q.    And I'm sure you don't remember every
16     specific instance of when you used a chemical munition
17     against a barricaded subject, but did that happen a
18     lot of times over the course of your career?
19          A.    I wouldn't say a lot.
20          Q.    A handful of times?
21          A.    Yeah, roughly.
22          Q.    Do you know if anybody has ever filed a
23     civilian complaint against you?
24          A.    I believe so.
25          Q.    What was that in relation to?
```

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

```
 1            A.    An arrest that I made.
 2            Q.    Other than that one, do you know if anybody
 3      has filed a civilian complaint against you?
 4            A.    I don't recall just me individually
 5      being -- having a complaint filed against me.
 6            Q.    Do you remember being the subject of a
 7      complaint as a member of a group?
 8            A.    The SWAT team has had, I guess, complaints
 9      filed by civilians where I was on like a warrant or
10      something, so we had to write memorandums to Internal
11      Affairs for those.
12            Q.    Related to the execution of a search
13      warrant?
14            A.    Yes.
15            Q.    Do you know if any other officer has ever
16      filed a misconduct report against you?
17            A.    Um, maybe in 2011.
18            Q.    Do you know what that was in relation to?
19            A.    Um, a picture I took on a 7250 incident.
20            Q.    Other than that incident do you know if
21      anybody has filed a misconduct report against you?
22            A.    I don't believe so.
23            Q.    Have you ever filed a misconduct report on
24      another officer?
25            A.    No.
```

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

```
 1            Q.    Do you have any training related to the
 2    writing of reports?
 3            A.    Just what I received in the police academy.
 4            Q.    What kind of training did you have in the
 5    police academy about report writing?
 6            A.    I mean, you're asking me to go back
 7    17 years.  I don't recall the specifics of the
 8    training that I was given.
 9            Q.    It is covered though?
10            A.    Yes.  That's a block of instruction at the
11    academy.
12            Q.    Okay.  Since then, since the time you
13    graduated from the academy, you don't recall any
14    report writing related training?
15            A.    No, I do not.
16            Q.    Earlier I think you said you became a
17    member of SWAT in 2007; is that right?
18            A.    That's correct.
19            Q.    And you've been on SWAT continuously until
20    today?
21            A.    No.  I left in 2011 and then came back in
22    2012.
23            Q.    Where were you between 2011 and 2012?
24            A.    Seventh District.
25            Q.    I understand there's been redistricting.
```

NICHOLAS MANASCO  1/18/2019

```
 1    Where was that at the time, just roughly?
 2         A.   That now, I guess, would be considered --
 3    most of it would be considered the Fifth District.
 4         Q.   What is now the Fifth District?
 5         A.   Most of it, I believe.
 6         Q.   Okay.  Since 2012 you've been a member of
 7    SWAT continuously?
 8         A.   Yes.
 9         Q.   Okay.  You were a member of SWAT on
10    August 19th, 2015; is that correct?
11         A.   Yes.
12         Q.   You know that on August 19th, 2015, an
13    officer shot and killed Mansur Ball-Bey; correct?
14         A.   Correct.
15         Q.   When did you become aware of that shooting?
16         A.   Um, shortly after it happened.
17         Q.   Did you respond to the neighborhood where
18    that shooting had occurred?
19         A.   I was executing a search warrant at that
20    address -- or at the address where it occurred.
21         Q.   There was some public reaction to the
22    shooting; is that correct?
23         A.   Yes.
24         Q.   The shooting occurred in an area called
25    Fountain Park; is that right?
```

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

 1          A.   I believe that's considered Fountain Park.

 2    I'm not sure of the exact boundaries of that

 3    neighborhood.

 4          Q.   And you were onsite when it happened?

 5          A.   Um, I was inside the residence serving a

 6    search warrant.

 7          Q.   How long after the shooting occurred did

 8    you remain in or near the residence?

 9          A.   I was there the whole -- um, I don't know

10    the exact time we started executing the search

11    warrant, but I was there in that vicinity roughly

12    until two in the morning maybe.

13          Q.   Many, many hours in a row?

14          A.   Yes.

15          Q.   Your commander at that time was Lieutenant

16    Stephen Dodge; is that right?

17          A.   Yes, he was.

18          Q.   He was also there with you?

19          A.   Yes, he was.

20          Q.   Earlier you mentioned using chemical

21    munitions near Page and Walton.  Did that happen on

22    this day, August 19, 2015?

23          A.   Yes, it did.

24          Q.   Why were chemical munitions deployed there?

25          A.   There was some civil disobedience going on.

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

1    There was a large unruly crowd that were throwing

2    objects at policemen and blocking the intersection of

3    Page and Walton.  And ultimately, later in the night,

4    lit a car on fire as well as a house on Walton

5    somewhere, I believe.

6             **Q.   How did you go from executing a search**

7    **warrant at that residence to the intersection of Page**

8    **and Walton where the large unruly crowd was?**

9             A.    How did we go from?

10            **Q.   Yeah.  Did you have a vehicle?  Did you**

11   **walk there?  Why did you move over there from the**

12   **residence to Page and Walton?**

13            A.    Well, the residence is right at Page and

14   Walton.

15            **Q.   So you just walked over toward the street?**

16            A.    Correct.  Um-hum.

17            **Q.   Okay.  How many police officers were there?**

18            A.    During the execution of the search warrant?

19            **Q.   No.  After you had moved to the Page and**

20   **Walton intersection?**

21            A.    I don't recall an exact number.

22            **Q.   A lot?  Not so many?  Was it just SWAT or**

23   **were there other units there also?**

24            A.    Initially it was just the SWAT team.

25            **Q.   How many people were there from the SWAT**

NICHOLAS MANASCO  1/18/2019

```
 1    team approximately?

 2         A.   I would have to look.  I mean, I could give

 3    you an approximate number.  I don't recall the exact

 4    number.  Maybe 12 or 13.

 5         Q.   At some point other units also joined you?

 6         A.   Later on that day.

 7         Q.   When did other units join you?

 8         A.   Well, initially we had to set up a crime

 9    scene.  I believe the Force Investigation Unit came up

10    there along with detectives from the Fifth District.

11    So we maintained that perimeter for a while, while

12    they conducted their investigation.

13         Q.   At some point did you become stationed on a

14    BEAR Cat?

15         A.   A BEAR.

16         Q.   Owned by the city?

17         A.   Yes, it is.

18         Q.   How long did you spend on the BEAR?

19         A.   I mean, I couldn't tell you exactly when

20    the BEAR arrived up there.  And we were on and off of

21    it throughout the day until we left.

22         Q.   Do you know if it was still light outside

23    when the BEAR arrived?

24         A.   Yes, it was.

25         Q.   When you say "we were on and off of it",
```

NICHOLAS MANASCO  1/18/2019

1    who are you referring to, members of SWAT?

2          A.    Members of the SWAT team.

3          Q.    Did you also spend some time on a BEAR Cat

4    or a Patriot?

5          A.    It's a BEAR Cat.  The Patriot is the system

6    on top of it.  Yes, I did, later on that day.

7          Q.    I don't know all the lingo.  So what do you

8    mean, the system on top of it?

9          A.    There's like a ramp that you can use as

10   like an elevated platform.  Stuff like that.

11         Q.    And that's own by St. Clair County?

12         A.    I believe so.

13               Let me clarify.  I'm not sure who actually

14   owns it.

15         Q.    Yeah.

16         A.    Those vehicles are purchased by an

17   organization called STARRS.  S-T-A-R-R-S.  Don't ask

18   me what that acronym stands for, but they purchase

19   them for -- it's a regional grant funded group for

20   these departments.

21         Q.    Sort of multi-jurisdictional?

22         A.    Yeah.

23         Q.    Okay. Focusing on the time that you were on

24   the BEAR, was the BEAR on Page Boulevard?

25         A.    The times that I was on it?

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

```
 1            Q.    Yeah.

 2            A.    Yes, it was on Page.

 3            Q.    And now focusing on the time that you were

 4   on the BEAR Cat, was it also on Page Boulevard?

 5            A.    It was on Page.  And eventually, I mean,

 6   when we were ordered to drive down there and help

 7   disperse the crowd, we turned on -- I believe it was

 8   Euclid going south.  And we just kind of did a loop

 9   back to the staging area, which was at Page and -- I'm

10   not sure of the exact cross street, but it was

11   further.

12            Q.    Cora maybe?

13            A.    Cora.  It was further east of Walton.

14            Q.    Okay.  You said you were ordered to do

15   that.  Who ordered you to do that?

16            A.    Lieutenant Steve Dodge.

17            Q.    Was Lieutenant Dodge with you at the time

18   on the vehicle?  I'm sorry.  In the vehicle?

19            A.    No, he wasn't.

20            Q.    He was on the ground?

21            A.    He was back at the staging area of Page and

22   Cora, I believe.

23            Q.    And you may have already said this.  What

24   exactly were you ordered to do?

25            A.    We were ordered to drive down there and
```

**NICHOLAS MANASCO  1/18/2019**

```
 1   help disperse the crowd.
 2           Q.    Drive down where?
 3           A.    West on Page to Euclid.
 4           Q.    And you said "we were ordered" to do that.
 5   Who's we?
 6           A.    The two officers from -- I don't know if
 7   they're from St. Clair County.  They're on their
 8   regional SWAT team over there.  And then myself.  I
 9   don't know who exactly was on the BEAR with me.  I
10   mean, it's listed in that After Action Report, I know.
11           Q.    It seems like a good time to hand you a
12   document.
13                 (Plaintiff Exhibit No. Manasco 1, After
14   Action Report, was then marked for identification.)
15           Q.    Officer, you testified about the After
16   Action Report.  Is this what you were referring to,
17   the document I've just handed you?
18           A.    Yes, ma'am.
19           Q.    Just for the record, we've marked that as
20   Manasco 1.  You've read this document before?
21           A.    I reviewed it, yes.
22           Q.    Did you write it?
23           A.    Yes, I did.
24           Q.    Would you please turn to the bottom of the
25   fourth page where there's a list?
```

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

```
 1          A.   The paragraph that starts "while this took
 2   place", that paragraph?
 3          Q.   No.  Before that.  There's a paragraph that
 4   begins "Lieutenant Dodge then advised Officer
 5   Chambers", and then underneath that there's a list of
 6   officers?
 7          A.   Um-hum.
 8          Q.   Do you see where I'm talking about?
 9          A.   Yes, ma'am.
10          Q.   Okay.  Do you see the last sentence in that
11   paragraph?  It says, "Officer Chambers relayed this to
12   the following officers who were stationed on the
13   BEAR:" Do you see that sentence?
14          A.   Yes, I do.
15          Q.   And then there's a list of personnel who
16   was on the BEAR; is that right?
17          A.   That is correct.
18          Q.   You're not listed on that list, are you?
19          A.   No, I'm not.
20          Q.   Were you on the BEAR?
21          A.   I was not on the BEAR at that time.
22          Q.   When you were on the BEAR was that before
23   or after this thing happened?
24          A.   Before and possibly after.  I'm not sure.
25          Q.   Okay.
```

Pls.' Ex. 5

```
 1          A.   We may have drove to another point.  I may
 2    have been on the BEAR.  I don't quite recall.
 3          Q.   If you'd turn to the next page real quick?
 4    Do you see that other list of officers there?
 5          A.   Yes, I do.
 6          Q.   That begins with Officer Manasco.  That's
 7    you; right?
 8          A.   Yes, it is.
 9          Q.   All right.  You were on the BEAR Cat?
10          A.   Yes, ma'am.
11          Q.   At the time that this paragraph is talking
12    about; right?
13          A.   Yes, I was.
14          Q.   Okay.  Even though this calls it the
15    Patriot, it's really a BEAR Cat?
16          A.   It's the Lenco BEAR Cat Patriot.  Sorry.
17          Q.   Okay.  Those refer to the same vehicle?
18          A.   Yes.
19          Q.   Okay.  Earlier you said you were ordered
20    to -- I think you said ordered to go down there; is
21    that right?  Did you mean go south of Page?
22          A.   We were ordered to drive down to the
23    intersection, west on Page.
24          Q.   Okay.  And the vehicle that you were on
25    went north, is that right, after it went west on Page?
```

**NICHOLAS MANASCO  1/18/2019**

```
 1          A.    North on Euclid.

 2          Q.    Yes.

 3          A.    Yes.

 4          Q.    Did you ever go south of Page or did you

 5    just go north of Page?

 6          A.    We went north and then I guess we came back

 7    east to something.  We just basically circled back to

 8    the staging area at Cora.

 9          Q.    Okay.  I'm going to hand you another

10    document which is a map, which I hope should help us

11    clarify.

12                (Plaintiff Exhibit No. Manasco 2, Google

13    Earth Map, was then marked for identification.)

14          Q.    You have the map that I just handed you?

15          A.    Yes, ma'am.

16          Q.    Do you see the intersection of Page and

17    Cora, which is way on the right side middle?

18          A.    Down here, yes.

19          Q.    Is that where you think the staging area

20    was?

21          A.    Yes.

22          Q.    Okay.  At the time you were ordered to --

23    well, I think you said you were ordered to disperse

24    the crowd; is that right?

25          A.    That's correct.
```

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

```
 1          Q.    Were you ordered to go west on Page
 2   Boulevard away from Cora and toward Euclid; is that
 3   correct?
 4          A.    That's correct.
 5          Q.    Okay.  At the time you were ordered to do
 6   that you were on the BEAR Cat?
 7          A.    Yes, ma'am.
 8          Q.    You were not on the BEAR, just to clarify?
 9          A.    That's correct.
10          Q.    And the BEAR Cat went where after it went
11   west on Page?
12          A.    North on Euclid.  I don't know the streets
13   up here.
14          Q.    Fair enough.
15          A.    They're off the map.  But we kind of did
16   like a loop back to Cora and then Cora back to Page.
17          Q.    Okay.  And do you know where the BEAR
18   traveled while you were on the north side of Page?
19          A.    I can tell you what I was advised by the
20   people.  I wasn't on the BEAR, so I don't have, you
21   know, an individual recollection.  It's just what
22   people told me.
23          Q.    Okay.  Yeah, why don't you tell me what
24   people told you.
25          A.    Can I refer to this?
```

Pls.' Ex. 5

**NICHOLAS MANASCO  1/18/2019**

1          Q.     Sure.

2          A.     West on Page to Euclid, south on Euclid to

3    Fountain, east on Fountain to Bayard, south on Bayard

4    to Suburban Tracks, east on Suburban Tracks to Walton,

5    Walton back to Page.  And then I'm assuming Page back

6    to the staging area, once they'd done that.

7          Q.     Who told you that?

8          A.     I individually ask each officer on the BEAR

9    if they could recall their route and they all dictated

10   that back to me.

11              COURT REPORTER: Can we please take a quick

12   break?

13              MS. STEFFAN: Sure.  No problem.

14              (A short break was then taken.)

15   BY MS. STEFFAN:

16         Q.     The officers who you asked about their

17   route, which officers are those?

18         A.     Officer Coats, Officer Busso, Officer

19   Wethington, Officer Seper, Officer Mader, Officer Book

20   and at the time it was Sergeant Mayo.  He's now

21   Lieutenant Mayo.

22         Q.     Did you talk to each of them individually?

23         A.     Yes, I did.

24         Q.     Did you take notes of your conversations

25   with them?

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

```
 1          A.   I had a legal pad I was scribbling stuff
 2    down on.
 3          Q.   When did you talk to them?  Was it that
 4    night or sometime later?
 5          A.   From what I recall, I believe it was either
 6    the next day or the day after.  I believe was it the
 7    next day.
 8          Q.   Did you talk face to face?
 9          A.   We were in like our roll call room at
10    headquarters, I believe.
11          Q.   Could all the officers remember what route
12    they took?
13          A.   From what I remember, they all dictated the
14    same route back to me.
15          Q.   Nobody said, oh, I don't know?
16          A.   Some people may have said that.  I don't
17    recall the exact conversation that I had with each and
18    every one of them.
19          Q.   Have you ever ridden in the BEAR before?
20    You have; right?
21          A.   Yes.
22          Q.   You've ridden in the sort of inside part?
23          A.   Yes.
24          Q.   Does that have a technical term?
25          A.   Just the inside part.
```

**NICHOLAS MANASCO  1/18/2019**

 1          Q.    Okay.  Is it easy to see outside from the

 2     inside part?

 3          A.    Um, it can be difficult, yes.

 4          Q.    If you want to see outside how do you do

 5     that?

 6          A.    There's windows and then there's also

 7     portholes, once you can open those and look out.

 8     Obviously it they're closed you can't look out the

 9     portholes.

10          Q.    The windows, are they sort of like skinny

11     rectangles?

12          A.    That's how I would describe them.

13          Q.    You have to stand up to be able to see out

14     those windows; right?

15          A.    Technically, yes; or you could be on your

16     knees on the seat and look out unless you're really,

17     really short.

18          Q.    Do you know whether the portholes were open

19     or closed during this event?

20          A.    I wasn't on the BEAR, so I couldn't tell

21     you exactly.  I can tell you what some of them told

22     me.

23          Q.    Um-hum.

24          A.    That they were open.

25          Q.    Do you open the porthole from the inside?

Pls.' Ex. 5

**NICHOLAS MANASCO  1/18/2019**

```
 1          A.    Yes.

 2          Q.    How big are the portholes?

 3          A.    Can I show you and just give you like a

 4    rough?

 5          Q.    Sure.

 6          A.    Roughly -- what is that?  About five inches

 7    in diameter.

 8          Q.    Yeah, looks about right to me.

 9                They're pretty small; fair to say?

10          A.    Correct.

11          Q.    Do you know which officers were inside the

12    BEAR versus on top or driving?

13          A.    I believe Officer Coats and Busso were on

14    top of the BEAR and Officer Chambers was driving the

15    BEAR, operating it.

16          Q.    Everyone else was on the inside part?

17          A.    Yes.

18          Q.    Did the people who were in or on the BEAR

19    as they were telling you about their route tell you

20    whether the BEAR was driving continuously or stopped

21    at times?

22          A.    Like I said, I wasn't on the BEAR, but I

23    can tell you Officer Chambers said he stopped

24    somewhere on Euclid, I believe.  I'd have to refer to

25    that to give you an exact area.  Can I do that?
```

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

 1          Q.     Sure.  Yes.  I thought you were working on

 2     that.

 3          A.     So Officer Chambers stopped the BEAR on

 4     Euclid, I'm assuming south of Walton somewhere, to

 5     give that crowd time to disperse.

 6          Q.     Walton is a north/south street?

 7          A.     Walton runs north and south.

 8          Q.     So, I'm sorry.  You said on Euclid

 9     somewhere south of what?

10          A.     Page, I believe, is what I meant to say.

11     If I misspoke, I'm sorry.

12          Q.     Okay.  And just to -- you've already said

13     this, but just to be clear, you don't have any

14     independent knowledge of that, you're just relying on

15     what Officer Chambers told you?

16          A.     That's correct.

17          Q.     And is it Officer Chambers who told you

18     that or some other officer?

19          A.     From what I recall, I believe it was

20     Officer Chambers.

21          Q.     My understanding is Lieutenant Dodge

22     ordered you to make an After Action Report; is that

23     right?

24          A.     Yes, he did.

25          Q.     Did he tell you how to go about collecting

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

1    information for the report?

2         A.   He didn't give me any specific directions.

3         Q.   He just said write a report?

4         A.   Yes.

5         Q.   I think earlier you said that the officers

6    from whom you were sort of collecting information

7    about what the BEAR had done, that they dictated those

8    answers to you.  Do you mean that you were recording

9    them?

10        A.   No.  I mean that they verbally dictated to

11   me and I scribbled down what they said to me.

12        Q.   You don't have your notes anymore?

13        A.   No, I do not.

14        Q.   Is this the first After Action Report that

15   you had written?

16        A.   No, it is not.

17        Q.   How many After Action Reports had you

18   written before this one?

19             MR. WHEATON: Are you asking specific to

20   protests or in general?

21             MS. STEFFAN: In general.

22        A.   In general, I've written After Action

23   Reports on barricaded subjects, so I couldn't give you

24   an exact amount.

25   BY MS. STEFFAN:

NICHOLAS MANASCO  1/18/2019

1      **Q.     You've done it a lot?**

2      A.    Yes.  Not a lot.  I would say if you

3   consider ten times maybe, roughly, a lot.

4      **Q.    Okay.  Do you have a process for writing an**

5   **After Action Report?**

6      A.    So it kind of varies.

7      **Q.    What varies about it?**

8      A.    Well, on like 7250's, barricaded subjects,

9   we have a scribe who actually scribes times, what's

10  going on.

11          For this, for like a protest like at Page

12  and Walton, I relied on officers' recollections of

13  what they did as well as some video the department

14  provided me.

15     **Q.    There was no documentation team that day;**

16  **correct?**

17     A.    I don't recall if there was one or not.  I

18  don't believe there was one assigned to what we were

19  doing.

20     **Q.    SWAT didn't have a documentation team at**

21  **its disposal?**

22     A.    I do not believe so.

23     **Q.    Were you able to review radio transmissions**

24  **to help you in writing your report?**

25     A.    I believe I was, but this all kind of runs

NICHOLAS MANASCO  1/18/2019

1   together with other protests, because I know I've

2   listened to radio transmissions from other protests

3   too.  I believe I was, but I couldn't tell you with

4   certainty.

5        **Q.   The information in the After Action Report**

6   **about which officers deployed which chemical munitions**

7   **in which location, did that also come from those**

8   **officers or do you have some other means of verifying**

9   **who deployed what where?**

10       A.   From what I recall, they verbally dictated

11   that back to me and I wrote it down.

12       **Q.   How do you know what they told you was**

13   **accurate?**

14            MR. WHEATON: I'll just object to the

15   foundation and it calls for speculation.  Subject to

16   that, if you understand the question you can answer.

17       A.   I was relying on them being truthful and

18   honest and having a recollection of what took place.

19   BY MS. STEFFAN:

20       **Q.   You also in the After Action Report**

21   **describe what the BEAR Cat did, where it went?**

22       A.   That's correct.

23       **Q.   What information did you rely on for that?**

24       A.   Um, my personal knowledge.

25       **Q.   Anything else?**

Pls.' Ex. 5

**NICHOLAS MANASCO  1/18/2019**

1          A.    No.   Obviously if someone, for instance,

2     deployed a chemical munition, I relied on them

3     dictating that back to me.

4          **Q.    Did you deploy any chemical munitions?**

5          A.    Yes, I did.

6          **Q.    What did you deploy?**

7          A.    Um, initially earlier that day I deployed

8     smoke.  And then later on in the day I deployed some

9     CS projectiles as well as, I think, yeah, some

10    projectiles.

11         **Q.    Were you on Page when you deployed smoke?**

12         A.    Yes.

13         **Q.    Were you on Page when you deployed CS**

14    **projectiles?**

15         A.    I was on Page and, you know, in that

16    vicinity of like Page and Euclid, right around there.

17    Page and Walton, Page and Euclid area.

18         **Q.    You were on the inside of the BEAR Cat; is**

19    **that correct?**

20         A.    There's a thing called the turret.

21         **Q.    Okay.  You were in the turret?**

22         A.    So, yeah, I was standing in the turret.

23         **Q.    Okay.  Is that the position from which you**

24    **deployed chemical munitions?**

25         A.    When we were traveling in it, yes, that

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

1    was.

2          Q.    When you deployed the smoke were you in the

3    BEAR Cat or were you on the ground?

4          A.    We were on the ground.  On foot.

5          Q.    Have you deployed chemical munitions from

6    the BEAR before?

7          A.    Yes, I have.

8          Q.    How did you do that?

9          A.    Um, can you be more specific?

10         Q.    Sure.  Did you deploy a munition through

11   the window?  Through the porthole?  Were you on top?

12         A.    Are we referring to this incident?

13         Q.    No.  Just generally.  You've been stationed

14   on the BEAR previously and you've deployed a chemical

15   munition from the BEAR; is that correct?

16         A.    Um-hum.  Yes.

17         Q.    Where were you on the BEAR and how did you

18   deploy that munition?

19         A.    I've deployed munitions through the

20   portholes.

21         Q.    They're not too small to do that?

22         A.    Um, no, they're not.

23         Q.    How about through the windows?

24         A.    The windows don't open.

25         Q.    They don't open at all?

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

1          A.    They're bulletproof.

2          **Q.    There's a pane of glass or something?**

3          A.    It's glass like this thick.  It's

4    bulletproof glass.

5          **Q.    I understand.  When you deployed a munition**

6    **through the porthole on the BEAR did you throw it with**

7    **your hand, push it out with your hand, use a launcher,**

8    **some other method?**

9          A.    I've done both.

10         **Q.    My question wasn't very clear.  When you**

11   **say you've done both, you mean you've pushed it out**

12   **with your hand and used a launcher?**

13         A.    I've physically dropped it out and I've

14   used a launcher to shoot a projectile out.

15         **Q.    Can you see out the porthole at the same**

16   **time you're deploying a munition out the porthole?**

17         A.    Are we talking hand-held or projectiles?

18         **Q.    Either one.**

19         A.    Yes.

20         **Q.    You can -- I sort of mushed my questions**

21   **together.**

22              **You can see out the porthole while you are**

23   **deploying a munition with a launcher; is that correct?**

24         A.    Can I elaborate?

25              MR. WHEATON: Sure.

Pls.' Ex. 5

**NICHOLAS MANASCO  1/18/2019**

 1          A.   I do it two different ways.  If I can get
 2     behind the launcher, I can see out the porthole.
 3     Sometimes I'll have the launcher in the porthole and I
 4     can see if I'm just in a downward angle just trying to
 5     get it out there because the crowd is pushed back.
 6     I'll look through the actual window right above the
 7     porthole.
 8          **Q.   Okay.  The portholes are on the sides of**
 9     **the BEAR?**
10          A.   So we have three -- if we're going to call
11     it the back part of the BEAR, you have three on each
12     side.  There's two doors that swing open.  They have
13     two portholes.  And then the driver side door and the
14     passenger side door both have portholes.
15          **Q.   So like ten portholes total?**
16          A.   Roughly.
17          **Q.   You said you can see out two different**
18     **ways.  Just to summarize, that is either directly**
19     **behind the launcher through the porthole or through**
20     **the window as you're deploying munitions through the**
21     **porthole?**
22          A.   Correct.
23          **Q.   I think you said you also pushed out**
24     **munitions with your hand through the porthole; is that**
25     **correct?**

NICHOLAS MANASCO  1/18/2019

```
 1          A.    That's correct.
 2          Q.    Can you see through the porthole while
 3     you're doing that?
 4               THE WITNESS: Can I describe how I do this?
 5               MR. WHEATON: Sure.
 6          A.    So once I stick my hand out the window I
 7     look through the glass to see where it's going, make
 8     sure it's not going to land on somebody, and then I
 9     drop it.
10     BY MS. STEFFAN:
11          Q.    Okay.  The report that you have in front of
12     you, which I guess we marked as Manasco Exhibit 1, is
13     this the first draft of your report or did you have an
14     earlier draft?
15          A.    Um, by draft what do you mean?
16          Q.    Um, when you typed out the report for the
17     first time did it look just like this?
18          A.    No.
19          Q.    What changed?
20          A.    Obviously when I had access to the videos,
21     pieces that I couldn't fill in from my recollection or
22     somebody else's recollection, it's on video, so I was
23     able to do it that way.
24          Q.    Do you still have your original draft
25     before you were able to add in what you learned from
```

NICHOLAS MANASCO  1/18/2019

1    the videos?

2         A.   I just would open this up and type it and

3    re-save it.

4         Q.   Got it.  When you wrote this for the first

5    time was it on a computer?

6         A.   Yes, it was.

7         Q.   What videos did you review?

8         A.   The videos that -- I'm not even sure if you

9    would call them a documentation team.  I don't know

10   what they were referred to back then.  There were two

11   officers on the scene back at like around the staging

12   area that had video cameras that were taking video of

13   what was taking place and I guess they were

14   documenting stuff.

15        Q.   Is that Detectives Wood and Eaton?

16        A.   I believe so.  I'm not sure if anybody else

17   was taking any videos, but I do recall those two

18   having cameras.

19        Q.   Were all the videos you reviewed taken on

20   Page Boulevard?

21        A.   I don't recall exactly.

22        Q.   Did you see any video taken from the BEAR?

23        A.   I don't recall ever seeing any video from

24   the BEAR.

25        Q.   Do you know if the BEAR has video

NICHOLAS MANASCO  1/18/2019

1    capability?

2         A.   We have a, like a thermal camera.  That's

3    the only.

4         **Q.   And the BEAR doesn't have GPS; right?**

5         A.   I don't believe so.  I'm not for sure.

6         **Q.   Fair enough.**

7              **How long did it take you to write this**

8    **report?**

9         A.   Um, from what I recall, in total after I

10   got access to the videos, and this is just from my

11   recollection, approximately maybe like two weeks, a

12   week to two weeks.

13        **Q.   What did you do with it after you had**

14   **finished it?**

15        A.   I gave it to Lieutenant Dodge at the time,

16   who was my commander.

17        **Q.   How did you give it to him?  Did you print**

18   **it out and hand it to him?**

19        A.   I believe I did.  I mean, this is three and

20   a half years ago.

21        **Q.   Yeah.**

22        A.   I believe I gave him a printed copy of it.

23        **Q.   Did he review it?**

24             MR. WHEATON: Objection.  Calls for

25   speculation.  Foundation.

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

Page 46

```
 1          A.   I don't know exactly what he did with it.
 2   BY MS. STEFFAN:
 3          Q.   Did he ever talk to you about it after you
 4   submitted it to him?
 5          A.   Um, I believe we had a couple
 6   conversations.  Exactly what we were talking about,
 7   you know, I don't recall.
 8          Q.   Do you remember if you had fulfilled his
 9   order to write a report if you felt like you had done
10   that?
11          MR. WHEATON: If you can remember.
12          A.   He never gave it back to me, so what he did
13   with it, I couldn't tell you after that.
14   BY MS. STEFFAN:
15          Q.   But you did have a couple conversations
16   about it?
17          A.   I believe so.
18          Q.   Do you remember if he was satisfied with
19   it, not satisfied with it?
20          A.   I don't -- I don't recall what the exact
21   content of our conversation was.
22          Q.   Okay.  Could you please turn to the front
23   side of the last page in the After Action Report?  I'm
24   going to ask you some questions about the sort of big
25   paragraph at the top here.
```

NICHOLAS MANASCO  1/18/2019

```
 1          A.   Uh-huh.

 2          Q.   The first sentence that says, "The BEAR

 3     traveled west on Page to Euclid", is that a thing you

 4     personally knew?  Did you see that happen?

 5          A.   They were in front of us.  Yes.

 6          Q.   The next sentence that says what Officer

 7     Coats deployed, did you see that happen?

 8          A.   No, I did not.

 9          Q.   You got that information from Officer

10     Coats?

11          A.   Yes, I did.  I believe he dictated it back

12     to me later on.

13          Q.   Okay.  Do you recall that happening?

14          A.   I do not recall that happening.

15          Q.   How about the next sentence about Officer

16     Chambers, did you see that happen?

17          A.   No, I did not.

18          Q.   You got that information from Officer

19     Chambers?

20          A.   Yes.  I believe he dictated it back to me.

21          Q.   Okay.  Same question with the next sentence

22     about what Officer Seper deployed, you got that

23     information from Officer Seper?

24          A.   That is correct.

25          Q.   The next sentence mentions a person named
```

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

```
 1   Officer Johnson?

 2        A.    Um-hum.  Yes.

 3        Q.    Officer Johnson isn't listed as a person

 4   who was on the BEAR on the previous page.  Do you know

 5   if Officer Johnson was on the BEAR or not?

 6        A.    That may have been an oversight by me.  I

 7   may have just forgot to put him in that.  I mean, the

 8   After Action Report says he was there, so I'm assuming

 9   he was there, in this paragraph.

10        Q.    Do you remember talking with Officer

11   Johnson?

12        A.    I remember some people being in the room

13   and me.  I don't remember exactly.  You know, my

14   report says that I talked to him, so I'm assuming that

15   I did talk to him.

16        Q.    When you say your report says that you

17   talked to him, is that because it contains information

18   about what he was doing or is there some other part in

19   the report that says that you talked to him?

20        A.    It contains information about what he was

21   doing.

22        Q.    So from that you can presume that you must

23   have talked to him?

24        A.    That is correct.

25        Q.    Okay.  The next two sentences after that
```

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

1    discuss actions that Officers Busso and Book took.

2    Just to be clear, you got that information from those

3    officers; is that right?

4         A.   That would be correct.

5         Q.   Okay.  The next sentence after that says,

6    "This caused a large portion of the crowd to run south

7    on Euclid."  Do you see that sentence?

8         A.   Yes, I do.

9         Q.   Where did that information come from?

10        A.   That was dictated to me by one of those

11   officers that were on the BEAR.  I'm not sure which

12   one.

13        Q.   Okay.  We already talked about Officer

14   Chambers stopping the BEAR, which is in the next

15   sentence.  The sentence after that says, "Many of the

16   protestors gathered south of Page on Euclid and once

17   again began throwing rocks and bricks at the BEAR."

18   Do you see that sentence?

19        A.   Yes, I do.

20        Q.   Where did that information come from?

21        A.   That would have been dictated to me by

22   someone who was on the BEAR.

23        Q.   Do you remember who?

24        A.   I don't recall, no, exactly.

25        Q.   Do you recall getting that information or

Pls.' Ex. 5

```
 1    you just presume that you must have done so since it's

 2    there?

 3          A.    I presume that in our discussion that

 4    someone gave me that information.

 5          Q.    The next sentence about then Sergeant Mayo

 6    advising Chambers to continue south on Euclid to move

 7    protestors out of the area, did that information come

 8    from Sergeant Mayo?

 9          A.    I presume it came from him.

10          Q.    Could it have come from Chambers?

11          A.    It may have come from him too.  I'm not

12    sure which one actually.

13          Q.    Okay.  Do you remember the BEAR returning

14    to the staging area?

15          A.    I don't recall if we returned first or they

16    returned first, but, I mean, eventually it came back.

17          Q.    You recall returning to the staging area?

18          A.    I do.  Correct.

19          Q.    Okay.  Why did you go back to the staging

20    area?

21          A.    From what I recall, I believe we were

22    ordered back there.

23          Q.    Do you know who ordered you to go back?

24          A.    I can assume it was Lieutenant Dodge.  I

25    can't say for certain who it was.
```

1          **Q.     Lieutenant Dodge was with you in the BEAR**

2     **Cat; correct?**

3          A.    I don't believe he was.  I don't recall him

4     being there.

5          **Q.     He's not listed in your list of personnel**

6     **who were on the BEAR Cat?**

7          A.    I don't recall him being there.

8          **Q.     Do you know where he was?**

9          A.    I can't say for certainty where he was.

10          MR. WHEATON: I'm sorry.  I've got to return

11     this call.  Do you mind if we take a quick break?

12          MS. STEFFAN: Sure.

13          (A short break was then taken.)

14     (Last questions and answers read back by reporter.)

15     BY MS. STEFFAN:

16          **Q.     When you were on the BEAR Cat you first**

17     **went west on Page and then you turned north on Euclid?**

18          A.    That would be correct.

19          **Q.     What was your goal?  What was the BEAR Cat**

20     **trying to accomplish?**

21          A.    We were told that we needed to disperse the

22     unruly crowd from the area.

23          **Q.     Who were you told that by?  Is that**

24     **Lieutenant Dodge or somebody else?**

25          A.    From what I recall, it was Lieutenant

NICHOLAS MANASCO  1/18/2019

Page 52

```
 1   Dodge.
 2        Q.    What did you do to ensure that the unruly
 3   crowd had dispersed?
 4        A.    From what I recall, Officer Chambers had
 5   given the dispersal order and they hadn't left, so
 6   Lieutenant Dodge, I believe, told us to drive down
 7   there, deploy munitions to get the crowds to disperse
 8   and get out of the intersections so that traffic could
 9   begin flowing.
10        Q.    Do you know if people actually dispersed?
11        A.    I mean, I'm speculating here.
12             MR. WHEATON: Don't do that.
13   BY MS. STEFFAN:
14        Q.    If you don't know, you can say that.
15        A.    I don't recall.
16        Q.    Okay.  Do you know what disperse means?
17        A.    I believe I have a working knowledge of it.
18        Q.    Okay.  What is your working knowledge of
19   what disperse means?
20        A.    For us, it's when a large, unruly crowd is
21   engaged in activity or criminal activity or unlawful
22   behavior.  To get them to disperse is to get that
23   group to disassociate themselves from one another.
24   Once they've disassociated themselves from one
25   another, they would leave the area.
```

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

Page 53

```
 1          Q.    What does disassociate mean?

 2          A.    Not congregating in a group.

 3          Q.    Does that mean every person has to be by

 4    him or herself?

 5          A.    I wouldn't say that they have to be by

 6    themselves.

 7          Q.    How large of a group can they be in and

 8    still be disassociated from the crowd?

 9                MR. WHEATON: Objection.  Foundation.  Calls

10    for speculation absent specific circumstances.

11    BY MS. STEFFAN:

12          Q.    You can answer.

13          A.    As long as a group of people are

14    associating themselves with one another and still

15    engaged in some kind of unlawful conduct, I would

16    consider that a group still.

17          Q.    You said, I think, that disperse included

18    disassociate from one another and leave the area; is

19    that right?

20          A.    I believe I said that.

21          Q.    Okay.  What does leave the area mean?

22                MR. WHEATON: Same objection.  Subject to

23    that, go ahead.

24          A.    Leaving the area would be disassociating

25    from that group and staying away from the group that's
```

```
 1    engaged in the activity.

 2    BY MS. STEFFAN:

 3         Q.   Do you have to go any specific distance to

 4    have left the area?

 5         A.   I would just say you need to disassociate

 6    yourself from that group.

 7         Q.   I think you said it was Lieutenant Dodge

 8    who asked you to prepare the After Action Report; is

 9    that right?

10         A.   That would be correct.

11         Q.   Do you know why he asked you to do that?

12              MR. WHEATON: Objection.  Calls for

13    speculation.

14         A.   I don't know why he would ask me to do

15    that.

16    BY MS. STEFFAN:

17         Q.   Had he asked you to prepare After Action

18    Reports before?

19         A.   Yes, he has.

20         Q.   Did anyone ask you to change anything about

21    your report?

22         A.   I don't recall anybody ever asking me to

23    change anything.

24         Q.   I think I asked you earlier if the videos

25    you reviewed to assist you in preparing your report
```

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

1    had been taken on Page.  And I can't remember what you

2    said.

3         A.   I said I believe, from what I recall, that

4    they were taken on Page.

5         Q.   Okay.  Do you remember if you saw any video

6    taken from the perspective of the BEAR Cat?

7         A.   I don't recall reviewing any video from

8    there.

9         Q.   Did you see any video of the BEAR traveling

10   south on Euclid?

11        A.   I don't recall seeing any video.

12        Q.   Do you remember who the incident commander

13   was for this incident?

14        A.   I don't recall who was the overall incident

15   commander.

16        Q.   Okay.  I think you said earlier you had

17   been told to go west on Page and deploy chemical

18   munitions to disperse the crowd; is that right?

19        A.   I believe that's what I said.

20        Q.   Okay.  That is what happened though?

21        A.   Yes.

22        Q.   Okay.  Were you told what type of munitions

23   to deploy?

24        A.   I don't recall being told what type to

25   deploy.

**NICHOLAS MANASCO  1/18/2019**

1          **Q.    Were you told where to deploy chemical**

2   **munitions?**

3          A.    I don't recall being told exactly where to

4   deploy.

5                MS. STEFFAN: I think I might be finished,

6   but I would like a couple of minutes to just look

7   through my notes.

8                MR. WHEATON: Sure.

9                MS. STEFFAN: Do you have any questions?

10                MR. WHEATON: I don't have anything.

11                MS. STEFFAN: Okay.  If we can take a couple

12   minute break then.

13                (A short break was then taken.)

14   BY MS. STEFFAN:

15          **Q.    You mentioned earlier that you are an**

16   **instructor, you were trained as an instructor on the**

17   **use of chemical munitions by CTS; is that right?**

18          A.    That is correct.

19          **Q.    Have you ever done a training in the**

20   **capacity of an instructor on chemical munitions,**

21   **conducted your own training?**

22          A.    Yes, to our specific unit, I have.

23          **Q.    Okay.  When did you conduct that training**

24   **or those trainings?**

25          A.    I don't recall exact dates.

```
 1          Q.    Is it a formal thing or is it a
 2    conversation you have?  What is the training like?
 3          A.    There's a PowerPoint.  I go through the
 4    PowerPoint and we talk about the different munitions
 5    and kind of what they're used for.
 6          Q.    What each specific munition is used for?
 7          A.    Like it's makeup, you know.  Like some
 8    stuff is coded blue, some stuff is coded red and that
 9    determines what the munition is, what type of chemical
10    it is, stuff like that.
11          Q.    Okay.  Do you cover the situations in which
12    you would use each munition?
13                MR. WHEATON: I'm sorry.  In which he would
14    use what?
15                MS. STEFFAN: Each munition.
16          A.    We don't cover exact scenarios.  We don't
17    go over scenarios.  We just go over the munitions
18    themselves.
19    BY MS. STEFFAN:
20          Q.    Have you ever had any training on the First
21    Amendment?
22          A.    Um, from what I recall, we go over that
23    stuff in the police academy.
24          Q.    After you graduated from the academy have
25    you had any training on the First Amendment?
```

1          A.    I don't recall any specific training.

2          Q.    **Have you ever had any training about using**

3    **a chemical munition at a protest?**

4          A.    Can you be more specific or rephrase?

5          Q.    **Sure.  Have you ever had any training about**

6    **when it is appropriate or under what circumstances it**

7    **is appropriate to use a chemical munition in a protest**

8    **or at a protest?**

9          A.    I don't recall any specific training on

10   when to use them.

11         Q.    **Do you have any training on patrolling**

12   **protests or working at protests?**

13         A.    Um, just through interactions helping to

14   train the CDT team.

15         Q.    **Do you have any training on when it is**

16   **lawful or unlawful to protest?**

17         A.    I don't recall any specific training.

18         Q.    **You mentioned that you helped to train the**

19   **CDT team.  Is that through like role playing**

20   **scenarios?**

21         A.    Yeah.  They do a lot of role playing

22   scenarios.

23         Q.    **What kind of role playing scenarios have**

24   **you been involved in?**

25         A.    They just go over how to form up a line,

NICHOLAS MANASCO 1/18/2019

1  how to march, stuff like that.

2       Q.   The After Action Report from August 19,

3  2015, describes the route that the BEAR took south of

4  Page; is that correct?

5       A.   The BEAR, yes.

6       Q.   Do you know -- well, would you describe

7  that as a loop that the BEAR took south of Page?

8       A.   I guess a vague description of it would be

9  a loop.

10       Q.   Okay.  Do you know if the BEAR took one

11  loop or two loops?

12       A.   From what I recall, I remember one loop.

13       Q.   And when you're talking about what you

14  recall, you mean what you recall the officers telling

15  you?

16       A.   That would be correct.

17       Q.   When you were on the BEAR Cat on the north

18  side of Page, did that BEAR Cat take a route that

19  could be described as a loop?

20       A.   Yeah, I would vaguely describe that as a

21  loop.

22       Q.   Okay.  Did you do that route once or more

23  than once?  One loop or more than one loop?

24       A.   I recall only going one time.

25       Q.   Officers on the BEAR Cat were deploying

NICHOLAS MANASCO  1/18/2019

1    chemical munitions as you were driving?  Not you

2    personally, as the BEAR Cat was driving; is that true?

3         A.   I did, yes.

4         Q.   What is the furthest location from Page and

5    Walton that you deployed a chemical munition, if you

6    recall or referring to the report, either way.

7         A.   From what I recall and from what I'm

8    reading in the After Action Report, I would say in the

9    area of Page and Euclid.

10        Q.   Do you know if any officers on the BEAR Cat

11   deployed a munition more than a block away from Page?

12        A.   I don't recall.

13        Q.   Just for identification sake, I'm going to

14   hand you another document.

15             (Plaintiff Exhibit No. Manasco 3, After

16   Action Report, was then marked for identification.)

17             MS. STEFFAN: This is what you gave me

18   yesterday.

19   BY MS. STEFFAN:

20        Q.   Have you seen this document before?

21        A.   Yes, I have.

22        Q.   Is this an After Action Report that you

23   wrote?

24        A.   Yes, it is.

25        Q.   Is there any part of it you didn't write?

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

```
 1          A.    From what I recall, I wrote this whole
 2    thing.
 3          Q.    Okay.  And to the best of your recollection
 4    is it accurate?
 5          A.    To the best of my recollection, yes, it is.
 6          Q.    Okay.
 7                (Plaintiff Exhibit No. Manasco 4,
 8    Intra-Department Report, was then marked for
 9    identification.)
10          Q.    I'm handing you another document.  Have you
11    seen this document before?
12          A.    Yes, I have.
13          Q.    Is this an After Action Report that you
14    co-wrote?
15          A.    Yes, it is.
16          Q.    To the best of your knowledge and
17    recollection, is it accurate?
18          A.    To the best of my knowledge, yes, it is.
19          Q.    Okay.  In the very first line there of the
20    report itself I see the phrase Code 1200.  Do you see
21    that?
22          A.    Yes.
23          Q.    What is that?
24          A.    It's just a call from another police
25    department to have other agencies respond.  They've
```

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

 1    depleted all their resources basically.

 2             Q.    Okay.

 3                   MS. STEFFAN: That's all I've got.

 4                   MR. WHEATON: Okay.

 5                        EXAMINATION

 6    BY MR. WHEATON:

 7             Q.    Officer, just really quickly.  You were

 8    asked some questions about this, a number of questions

 9    actually, about this After Action Report from

10    August 19th, 2015.  And I believe you testified that

11    the BEAR Cat traveled north on Euclid and made what

12    could vaguely be described as a loop; is that right?

13             A.    That's correct.

14             Q.    Could you take a look at the -- I'll call

15    it the center paragraph on this page, which is not

16    Bates labeled, but which I will represent is Bates

17    labeled CITY 39, where it says, "While this took

18    place, the St. Clair County Lenco Patriot armored

19    vehicle followed the BEAR west on Page to Euclid and

20    then proceeded south on Euclid."  Is that supposed to

21    say north on Euclid?

22             A.    That's correct.  That's a mistake on my

23    part.

24             Q.    All right.  That's just a typo?

25             A.    Yes, it is.

Pls.' Ex. 5

1          Q.   All right.  I'll draw your attention to the

2    paragraph right above that approximately in the middle

3    of that paragraph where it says, "Many of the

4    protestors gathered south of Page on Euclid and once

5    again began throwing rocks and bricks at the BEAR."

6    Do you know where that information would have come

7    from?

8          A.   That would have came from someone who was

9    on the BEAR.  They would have dictated it to me.

10          Q.   That's not something that you would have

11    inserted on your own; right?

12          A.   That's correct.

13          Q.   I mean, fair to say that it had to come

14    from someone who was there?

15          A.   That's correct, because I wasn't on the

16    BEAR.

17          Q.   All right.

18          MR. WHEATON: That's all the questions I

19    have.

20                    FURTHER EXAMINATION

21    BY MS. STEFFAN:

22          Q.   While we're talking about typos real quick,

23    about five lines down on that Page there's a part of a

24    sentence that says "between Walton on Euclid on Page."

25    Just to be clear, that's between Walton and Euclid on

```
 1    Page; is that right?

 2         A.    Yes, that would be correct.

 3         Q.    Okay.  Thank you.

 4         A.    I'm sorry.

 5         Q.    No problem.

 6               MS. STEFFAN: All right.

 7               MR. WHEATON: That's all the questions I

 8    have.

 9               Jessie, anything else?

10               MS. STEFFAN: I'm finished.

11               MR. WHEATON: All right.

12               Officer, you have the right to review this

13    transcript for typographical errors.  That is called

14    reading, in which case you would get a copy of the

15    transcript, read it and sign it, verifying that it's

16    accurate.  Or you can choose to trust that the court

17    reporter took your testimony down accurately, in which

18    case you just tell her that you waive signature, which

19    is what I typically recommend.

20               THE WITNESS: I waive signature.  I trust

21    you.

22               DEPOSITION CONCLUDES AT 10:48

23

24

25
```

Pls.' Ex. 5

1            NOTARIAL CERTIFICATE OF REPORTER

2

3            I, Susannah L. Massie, MO CCR, and Notary

4    Public within and for the State of Missouri, do hereby

5    certify that the witness whose testimony appears in

6    the foregoing deposition was duly sworn by me pursuant

7    to Section 492.010 RSMo; that the testimony of said

8    witness was taken by me to the best of my ability and

9    thereafter reduced to typewriting under my direction;

10   that I am neither counsel for, related to, nor

11   employed by any of the parties to the action in which

12   this deposition was taken, and further that I am not a

13   relative or employee of any attorney or counsel

14   employed by the parties thereto, nor financially or

15   otherwise interested in the outcome of the action.

16

17

18

19            _____

20            Notary Public within and for

21            The State of Missouri

22            MO CCR #902

23

24

25

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

## A

ability 6:18 65:8
able 33:13
    37:23 43:23
    43:25
absent 53:10
academy 8:15
    8:18,20 9:12
    19:3,5,11,13
    57:23,24
access 43:20
    45:10
accomplish
    51:20
accurate 38:13
    61:4,17 64:16
accurately
    64:17
ACLU 4:3,8
acronym 24:18
act 12:25
acting 13:9
action 2:12,13
    7:2,3,6 26:10
    26:14,16
    35:22 36:14
    36:17,22 37:5
    38:5,20
    46:23 48:8
    54:8,17 59:2
    60:8,16,22
    61:13 62:9
    65:11,15
actions 49:1
activity 52:21,21
    54:1
actual 15:1 42:6
add 43:25
address 7:15
    8:2,8 20:20
    20:20
advised 27:4
    30:19
advising 50:6
Affairs 18:11
affect 6:18

age 5:10
agencies 61:25
AGF 1:6 3:6
ago 45:20
AGREED 5:1
ahead 5:17
    53:23
AL 1:3,7 3:3,7
    3:20,21
Alaris 4:19
alcohol 6:18
Amendment
    57:21,25
amount 36:24
Andrew 4:10
angle 42:4
announced
    16:18,22
answer 6:14
    7:24,25 38:16
    53:12
answers 36:8
    51:14
anybody 17:22
    18:2,21 44:16
    54:22
anymore 36:12
APPEARANCE
    2:3
appears 65:5
appropriate
    15:12,13 58:6
    58:7
approximate
    23:3
approximately
    14:13 23:1
    45:11 63:2
area 7:16 17:1,2
    20:24 25:9,21
    29:8,19 31:6
    34:25 39:17
    44:12 50:7,14
    50:17,20
    51:22 52:25
    53:18,21,24
    54:4 60:9

armored 62:18
arrest 18:1
arrested 12:8,15
arrived 23:20
    23:23
Arsenal 16:23
    17:2
asked 6:13,15
    31:16 54:8,11
    54:17,24 62:8
asking 6:7 19:6
    36:19 54:22
assigned 9:24
    37:18
assignment
    9:22
assist 54:25
associating
    53:14
assume 17:8
    50:24
assuming 31:5
    35:4 48:8,14
attend 9:1 14:7
attended 8:24
    14:9
attention 63:1
attorney 65:13
attorneys 5:23
August 7:3
    20:10,12 21:22
    59:2 62:10
available 8:4
aware 20:15

## B

bachelor's 9:7
back 19:6,21
    25:9,21 29:6
    29:7 30:16,16
    31:5,5,10
    32:14 38:11
    39:3 42:5,11
    44:10,11 46:12
    47:11,20 50:16
    50:19,22,23
    51:14

bag 14:23
ball 16:1
Ball-Bey 17:5
    20:13
barricade 11:25
barricaded 11:11
    11:13,15 16:15
    16:16 17:17
    36:23 37:8
basically 29:7
    62:1
Bates 62:16,16
Bayard 31:3,3
bean 14:23
BEAR 23:14,15
    23:18,20,23
    24:3,5,24,24
    25:4 26:9
    27:13,16,20,21
    27:22 28:2,9
    28:15,16 30:6
    30:8,10,17,20
    31:8 32:19
    33:20 34:12
    34:14,15,18,20
    34:22 35:3
    36:7 38:21
    39:18 40:3,6
    40:14,15,17
    41:6 42:9,11
    44:22,24,25
    45:4 47:2
    48:4,5 49:11
    49:14,17,22
    50:13 51:1,6,16
    51:19 55:6,9
    59:3,5,7,10,17
    59:18,25 60:2
    60:10 62:11,19
    63:5,9,16
began 10:4
    49:17 63:5
begins 27:4
    28:6
behalf 1:13 3:21
    5:10
behavior 52:22

believe 17:24
    18:22 20:5
    21:1 22:5 23:9
    24:12 25:7,22
    32:5,6,10
    34:13,24
    35:10,19 37:18
    37:22,25 38:3
    44:16 45:5,19
    45:22 46:5,17
    47:11,20 50:21
    51:3 52:6,17
    53:20 55:3,19
    62:10
best 61:3,5,16
    61:18 65:8
big 7:22 11:22
    34:2 46:24
blast 13:21
block 19:10
    60:11
blocking 22:2
blue 57:8
Book 31:19 49:1
bottom 26:24
Boulevard
    24:24 25:4
    30:2 44:20
boundaries
    21:2
breaching 13:19
break 31:12,14
    51:11,13 56:12
    56:13
bricks 49:17
    63:5
Brown 17:9
bulletproof 41:1
    41:4
Busso 31:18
    34:13 49:1

## C

C 4:1
call 11:24,24
    32:9 42:10
    44:9 51:11

Pls.' Ex. 5

61:24 62:14
called 5:23
   12:18 13:8
   20:24 24:17
   39:20 64:13
calls 28:14
   38:15 45:24
   53:9 54:12
camera 45:2
cameras 44:12
   44:18
canister 16:2
capability 45:1
capacity 56:20
car 22:4
career 17:18
case 5:23 8:2,3
   64:14,18
Cat 23:14 24:3
   24:5 25:4
   28:9,15,16
   30:6,10 38:21
   39:18 40:3
   51:2,6,16,19
   55:6 59:17,18
   59:25 60:2,10
   62:11
cause 1:5 3:5,17
caused 49:6
CCR 4:19 65:3
   65:22
CDT 12:24
   58:14,19
center 62:15
certain 3:17
   50:25
certainty 38:4
   51:9
CERTIFICATE
   2:5 65:1
Certified 3:16
   5:4
certify 65:5
Chambers 27:5
   27:11 34:14,23
   35:3,15,17,20
   47:16,19 49:14

50:6,10 52:4
change 54:20
   54:23
changed 43:19
chemical 13:24
   14:1,16,20 15:3
   15:9,12,25
   16:4,6,10 17:16
   21:20,24 38:6
   39:2,4,24
   40:5,14 55:17
   56:1,17,20
   57:9 58:3,7
   60:1,5
choose 64:16
chose 11:3
circled 29:7
circumstances
   53:10 58:6
city 1:6 3:6,13
   3:20 4:10
   5:24 10:2 11:10
   16:24 17:9,11
   17:13 23:16
   62:17
civil 12:18 13:6
   13:10 21:25
civilian 17:23
   18:3
civilians 18:9
Clair 24:11 26:7
   62:18
clarify 6:13
   24:13 29:11
   30:8
clear 35:13
   41:10 49:2
   63:25
closed 33:8,19
Coats 31:18
   34:13 47:7,10
Code 61:20
coded 57:8,8
colleagues 11:14
collecting
   35:25 36:6
college 8:24 9:1

Combined
   13:25 14:4
come 38:7 49:9
   49:20 50:7,10
   50:11 63:6,13
commander
   21:15 45:16
   55:12,15
Commanders
   11:24
common 11:15
   11:16
commonly 14:5
complaint 17:23
   18:3,5,7
complaints 18:8
computer 44:5
CONCLUDES
   64:22
conditions 6:22
conduct 53:15
   56:23
conducted
   23:12 56:21
congregating
   53:2
consider 37:3
   53:16
considered
   17:11 20:2,3
   21:1
consistent 7:14
contains 48:17
   48:20
content 46:21
continue 50:6
continuously
   10:10 19:19
   20:7 34:20
continuum
   15:14,18,24
   16:3,7
conversation
   32:17 46:21
   57:2
conversations
   31:24 46:6,15

convicted 12:4
copy 45:22
   64:14
Cora 25:12,13
   25:22 29:8,17
   30:2,16,16
correct 9:12
   17:10 19:18
   20:10,13,14,22
   22:16 27:17
   29:25 30:3,4
   30:9 34:10
   35:16 37:16
   38:22 39:19
   40:15 41:23
   42:22,25 43:1
   47:24 48:24
   49:4 50:18
   51:2,18 54:10
   56:18 59:4,16
   62:13,22
   63:12,15 64:2
counsel 5:2,2
   65:10,13
Counselor's
   3:14 4:10
County 8:21
   9:12,15,18,25
   11:2,5 17:12
   24:11 26:7
   62:18
couple 6:3,4
   46:5,15 56:6
   56:11
course 12:14
   17:18
court 1:1 3:1,16
   3:18 4:18 5:4
   6:8 7:20 31:11
   64:16
cover 57:11,16
covered 19:9
Co-Counsel 4:7
co-wrote 61:14
CQB 13:20
crime 12:4,6
   23:8

criminal 9:4
   12:13 52:21
cross 25:10
crowd 22:1,8
   25:7 26:1
   29:24 35:5
   42:5 49:6
   51:22 52:3,20
   53:8 55:18
crowds 52:7
CS 16:2 39:9,13
CTS 14:5,7,10,17
   15:5,7 56:17

-----

**D**

D 4:10
Dangerous 11:17
Darren 16:18,21
date 17:5
dates 56:25
day 3:13 21:22
   23:6,21 24:6
   32:6,6,7 37:15
   39:7,8
decision 16:18
Defendant
   12:12,13
Defendants 1:8
   3:8,21 4:9 5:3
degree 9:5,7
delegated 11:9
department
   9:16 10:6,11
   15:4 37:13
   61:25
departments
   24:20
department's
   15:19
depleted 62:1
deploy 12:2 16:1
   16:2 39:4,6
   40:10,18 52:7
   55:17,23,25
   56:1,4
deployed 11:20
   21:24 38:6,9

Pls.' Ex. 5

39:2,7,8,11,13
39:24 40:2,5
40:14,19 41:5
47:7,22 60:5
60:11
deploying 41:16
41:23 42:20
59:25
deposed 5:25
deposes 5:11
deposition 1:12
2:3 3:10 5:3
7:1,10 64:22
65:6,12
describe 33:12
38:21 43:4
59:6,20
described 15:19
15:21 59:19
62:12
describes 59:3
description
2:12 59:8
detectives
23:10 44:15
determines
57:9
devices 14:18
diameter 34:7
dictated 31:9
32:13 36:7,10
38:10 47:11,20
49:10,21 63:9
dictating 39:3
difference 11:22
different 13:16
14:16,21,22
42:1,17 57:4
difficult 33:3
direction 65:9
directions 36:2
directly 42:18
disassociate
52:23 53:1,18
54:5
disassociated
52:24 53:8

disassociating
53:24
discuss 49:1
discussion 50:3
disobedience
12:19 13:6,10
21:25
dispersal 52:5
disperse 25:7
26:1 29:23
35:5 51:21
52:7,16,19,22
53:17 55:18
dispersed 52:3
52:10
disposal 37:21
distance 54:3
distributes 14:17
District 1:1,1 3:1,1
3:18,19 19:24
20:3,4 23:10
diversionary
14:18
Division 1:2 3:2
3:19
document
26:12,17,20
29:10 60:14
60:20 61:10,11
documentation
37:15,20 44:9
documenting
44:14
Dodge 21:16
25:16,17 27:4
35:21 45:15
50:24 51:1,24
52:1,6 54:7
doing 37:19
43:3 48:18,21
door 42:13,14
doors 42:12
downward 42:4
draft 43:13,14,15
43:24
draw 63:1
drive 25:6,25

26:2 28:22
52:6
driver 42:13
driving 34:12,14
34:20 60:1,2
drop 43:9
dropped 41:13
drove 28:1
drugs 6:17
duly 65:6
duty 12:14 16:11

E

E 4:1,1
earlier 5:21
19:16 21:20
28:19 36:5
39:7 43:14
54:24 55:16
56:15
Earth 2:13 29:13
easily 7:23
east 25:13 29:7
31:3,4
Eastern 1:1,2 3:1
3:2,18,19
easy 33:1
Eaton 44:15
education 9:9
effects 6:23
either 32:5
41:18 42:18
60:6
elaborate 41:24
elevated 24:10
Eleventh 4:20
else's 43:22
employed 9:15
10:10 65:11,14
employee
65:13
employment
9:14 10:5
engaged 52:21
53:15 54:1
ensure 52:2
errors 64:13

ET 1:3,7 3:3,7
3:20,21
Euclid 25:8
26:3 29:1
30:2,12 31:2,2
34:24 35:4,8
39:16,17 47:3
49:7,16 50:6
51:17 55:10
60:9 62:11,19
62:20,21 63:4
63:24,25
Eureka 14:11
event 33:19
eventually 25:5
50:16
everybody 7:15
exact 21:2,10
22:21 23:3
25:10 32:17
34:25 36:24
46:20 56:25
57:16
exactly 23:19
25:24 26:9
33:21 44:21
46:1,6 48:13
49:24 56:3
EXAMINATION
2:4,4,5 5:12
62:5 63:20
examined 3:11
5:10
example 12:16
executing
20:19 21:10
22:6
execution 18:12
22:18
exhaustive 14:4
Exhibit 2:12
26:13 29:12
43:12 60:15
61:7
EXHIBITS 2:10
explosive 13:19
expressly 5:7

F

face 32:8,8
fair 30:14 34:9
45:6 63:13
fall 16:6
felt 46:9
FEMA 13:21
Ferguson 16:17
17:8,9,12
field 9:3
Fifth 20:3,4
23:10
filed 17:22 18:3
18:5,9,16,21
18:23
fill 43:21
financially
65:14
fine 7:17
finished 45:14
56:5 64:10
fire 22:4
firearms 13:20
first 10:16 36:14
43:13,17 44:4
47:2 50:15,16
51:16 57:20
57:25 61:19
five 34:6 63:23
flash 14:18
flowing 52:9
focusing 24:23
25:3
followed 62:19
following 27:12
foot 40:4
force 15:14,15,17
15:18,20,24
16:7,8 23:9
foregoing 65:6
forenoon 3:12
3:13
forgot 14:2 48:7
form 58:25
formal 57:1
foundation 4:3

Pls.' Ex. 5

4:8 38:15
45:25 53:9
Fountain 20:25
21:1 31:3,3
fourth 26:25
front 43:11
46:22 47:5
fulfilled 46:8
funded 24:19
further 2:5 25:11
25:13 63:20
65:12
furthest 60:4

**G**

gathered 49:16
63:4
general 7:16
36:20,21,22
generally 40:13
getting 49:25
give 23:2 34:3
34:25 35:5
36:2,23 45:17
given 19:8 52:5
giving 6:5
glass 41:2,3,4
43:7
go 5:17 6:4 10:2
19:6 22:6,9
28:20,21 29:4
29:5 30:1
35:25 50:19
50:23 53:23
54:3 55:17
57:3,17,17,22
58:25
goal 51:19
going 6:5 7:14
7:24,25 10:23
21:25 25:8
29:9 37:10
42:10 43:7,8
46:24 59:24
60:13
good 5:14,15
26:11

Google 2:13
29:12
GPS 45:4
graduate 8:13
8:15,20,22
9:9
graduated 9:11
19:13 57:24
Grand 16:18,23
17:3
grant 24:19
great 5:18
ground 6:4
25:20 40:3,4
group 18:7
24:19 52:23
53:2,7,13,16
53:25,25
54:6
guess 14:22
18:8 20:2
29:6 43:12
44:13 59:8

**H**

half 45:20
hand 26:11 29:9
41:7,7,12
42:24 43:6
45:18 60:14
handed 26:17
29:14
handful 17:20
handing 61:10
hand-held 41:17
happen 11:19
17:17 21:21
47:4,7,16
happened 6:19
20:16 21:4
27:23 55:20
happening
47:13,14
head 6:10
headquarters
32:10
health 6:22

heard 11:13
help 12:22,23
25:6 26:1
29:10 37:24
helped 58:18
helping 58:13
high 8:13 11:9
home 7:15
honest 38:18
hope 29:10
hostage 11:11,25
hours 3:12 21:13
house 7:23
22:4

**I**

identifiable
7:23
identification
26:14 29:13
60:13,16 61:9
imagine 13:11
inches 34:6
incident 13:8
18:19,20 40:12
55:12,13,14
included 53:17
independent
35:14
INDEX 2:1,2
individual 30:21
individually
18:4 31:8,22
information 2:3
36:1,6 38:5,23
47:9,18,23
48:17,20 49:2
49:9,20,25
50:4,7 63:6
initially 22:24
23:8 39:7
inserted 63:11
inside 21:5
32:22,25
33:2,25 34:11
34:16 39:18
instance 17:16

39:1
instances 16:20
instruction
19:10
instructor 13:20
13:21 14:1,9
56:16,16,20
interacted 12:14
interactions
58:13
interested
65:15
Internal 18:10
intersection
22:2,7,20
28:23 29:16
intersections
52:8
Intra-Departm...
2:14 61:8
introduced 5:21
investigation
23:9,12
involved 58:24
involves 16:7

**J**

January 1:14 3:11
Jessie 4:3 5:22
64:9
Johnson 48:1,3
48:5,11
join 23:7
joined 23:5
Jsteffan@aclu...
4:6
Jury 16:18
justice 9:4

**K**

killed 20:13
kind 19:4 25:8
30:15 37:6,25
53:15 57:5
58:23
kinds 10:24 13:4
13:13,16

knees 33:16
knew 47:4
know 7:21,22
8:8,9 17:11,22
18:2,15,18,20
20:12 21:9
23:22 24:7
26:6,9,10
30:12,17,21
32:15 33:18
34:11 38:1,12
39:15 44:9,25
46:1,7 48:4,13
50:23 51:8
52:10,14,16
54:11,14 57:7
59:6,10 60:10
63:6
knowledge
35:14 38:24
52:17,18 61:16
61:18
known 14:5

**L**

L 3:15 4:19 5:4
65:3
labeled 62:16
62:17
land 43:8
large 22:1,8
49:6 52:20
53:7
larger 16:6
launcher 41:7,12
41:14,23 42:2
42:3,19
lawful 5:10
58:16
lawyer 7:1,10
learned 14:15
43:25
leave 7:21
52:25 53:18
53:21
Leaving 53:24
left 9:25 11:2

NICHOLAS MANASCO  1/18/2019

19:21 23:21
52:5 54:4
legal 32:1
Lenco 28:16
62:18
lethal 14:18,20
14:23,24
Lieutenant
21:15 25:16,17
27:4 31:21
35:21 45:15
50:24 51:1,24
51:25 52:6
54:7
light 23:22
line 58:25 61:19
lines 63:23
lingo 24:7
list 14:3 26:25
27:5,15,18
28:4 51:5
listed 26:10
27:18 48:3
51:5
listened 38:2
lit 22:4
Litigation 4:19
live 7:12,17,18
location 12:3
38:7 60:4
locations 17:1
long 9:18 21:7
23:18 45:7
53:13
look 23:2 33:7
33:8,16 42:6
43:7,17 56:6
62:14
looks 34:8
loop 25:8 30:16
59:7,9,11,12,19
59:21,23,23
62:12
loops 59:11
lot 13:15 17:18,19
22:22 37:1,2,3
58:21

Lots 13:16
Louis 1:6 3:6,15
3:20 4:5,12
4:20 5:24 8:17
8:21 9:2,11,15
9:18,25 10:2,5
10:11 11:2,5
15:3 17:12,13

_____

**M**

Mader 31:19
main 11:7
maintained
23:11
makeup 57:7
Manasco 1:12
2:12,13,13,14
3:10 4:16 5:9
5:19 26:13,20
28:6 29:12
43:12 60:15
61:7
Manasco's 8:2
Mansur 17:5
20:13
manufactured
15:4
map 2:13 29:10
29:13,14 30:15
march 59:1
marked 26:14
26:19 29:13
43:12 60:16
61:8
Market 3:14 4:11
Massie 3:15
4:19 5:4 65:3
Mayo 31:20,21
50:5,8
ma'am 26:18
27:9 28:10
29:15 30:7
mean 14:24
19:6 23:2,19
24:8 25:5
26:10 28:21
36:8,10 41:11

43:15 45:19
48:7 50:16
52:11 53:1,3,21
59:14 63:13
means 38:8
52:16,19
meant 35:10
medication 6:17
member 10:16
10:24 11:8
12:18,20 13:14
18:7 19:17
20:6,9
members 24:1,2
memorandums
18:10
mentioned
21:20 56:15
58:18
mentions 47:25
method 41:8
Metropolitan
8:17 10:5,11
15:4
middle 29:17
63:2
Mike 17:9
mind 51:11
minute 56:12
minutes 56:6
misconduct
18:16,21,23
Missouri 1:1,7
3:1,7,15,17,19
3:21 4:3,5,8,12
9:2 65:4,21
misspoke 35:11
mistake 62:22
MO 4:19,20
65:3,22
Molina 1:3 3:3
3:20 5:23
morning 5:14,15
21:12
move 22:11
50:6
moved 22:19

multi-jurisdict ...
24:21
munition 14:20
17:16 39:2
40:10,15,18
41:5,16,23
57:6,9,12,15
58:3,7 60:5,11
munitions 13:24
14:1,17 15:3,9
15:12,25 16:4
16:6,10 21:21
21:24 38:6
39:4,24 40:5
40:19 42:20
42:24 52:7
55:18,22 56:2
56:17,20 57:4
57:17 60:1
mushed 41:20
M-A-N-A-S-C-O
5:20

_____

**N**

N 4:1
name 5:16
named 47:25
near 21:8,21
need 8:1,2
10:24 54:5
needed 51:21
neighborhood
20:17 21:3
neither 65:10
never 46:12
Nicholas 1:12
3:10 4:16 5:9
5:19
night 16:17,21
22:3 32:4
nodding 6:9
noise 14:17
non-indictment
16:21
north 4:20 17:12
28:25 29:1,5
29:6 30:12,18

35:7 51:17
59:17 62:11,21
north/south
35:6
NOTARIAL 2:5
65:1
Notary 3:16 5:5
65:3,20
notes 31:24
36:12 56:7
notified 11:21
12:1
notify 13:10
NRA 13:20
number 22:21
23:3,4 62:8
N-I-C-H-O-L-...
5:19

_____

**O**

Oakville 7:12,18
object 38:14
objection 45:24
53:9,22 54:12
objects 22:2
Obviously 33:8
39:1 43:20
occurred 20:18
20:20,24 21:7
Office 3:14 4:10
officer 5:14 8:1
9:20 10:4,8
12:11 18:15,24
20:13 26:15
27:4,11 28:6
31:8,18,18,18
31:19,19,19
34:13,14,23
35:3,15,17,18
35:20 47:6,9
47:15,18,22
47:23 48:1,3,5
48:10 49:13
52:4 62:7
64:12
officers 22:17
26:6 27:6,12

Pls.' Ex. 5

28:4 31:16,17
32:11 34:11
36:5 37:12
38:6,8 44:11
49:1,3,11 59:14
59:25 60:10
offices 3:13
oh 13:25 32:15
Okay 8:6 10:10
14:11 16:3 19:12
20:6,9 22:17
24:23 25:14
27:10,25
28:14,17,19,24
29:9,22 30:5
30:17,23 33:1
35:12 37:4
39:21,23 42:8
43:11 46:22
47:13,21
48:25 49:5,13
50:13,19 52:16
52:18 53:21
55:5,16,20,22
56:11,23 57:11
59:10,22 61:3
61:6,19 62:2,4
64:3
old 8:11
Olive 4:4
Omri 4:8
once 31:6 33:7
43:6 49:16
52:24 59:22
59:23 63:4
online 8:8
onsite 21:4
open 33:7,18,24
33:25 40:24
40:25 42:12
44:2
operating 34:15
order 46:9 52:5
ordered 25:6,14
25:15,24,25
26:4 28:19,20
28:22 29:22

29:23 30:1,5
35:22 50:22
50:23
organization
24:17
original 43:24
outcome 65:15
outside 23:22
33:1,4
overall 55:14
oversight 48:6
Owned 23:16
owns 24:14

**P**

P 4:1,1
pad 32:1
page 2:2,2,3,12
16:19 17:4
21:21 22:3,7
22:12,13,19
24:24 25:2,4
25:5,9,21
26:3,25 28:3
28:21,23,25
29:4,5,16 30:1
30:11,16,18
31:2,5,5 35:10
37:11 39:11,13
39:15,16,17,17
44:20 46:23
47:3 48:4
49:16 51:17
55:1,4,17 59:4
59:7,18 60:4,9
60:11 62:15,19
63:4,23,24
64:1
pane 41:2
paragraph 27:1
27:2,3,11 28:11
46:25 48:9
62:15 63:2,3
Park 20:25 21:1
part 32:22,25
33:2 34:16
42:11 48:18

60:25 62:23
63:23
particular 9:3
9:22
parties 65:11,14
party 8:3
passenger
42:14
Patriot 24:4,5
28:15,16 62:18
patrol 9:23,24
patrolling 58:11
pending 3:18
people 13:9
22:25 30:20
30:22,24
32:16 34:18
48:12 52:10
53:13
pepper 16:1
perimeter 23:11
person 47:25
48:3 53:3
personal 38:24
personally 47:4
60:2
personnel
27:15 51:5
perspective
55:6
phrase 61:20
physically 41:13
picture 18:19
pieces 43:21
place 27:2
38:18 44:13
62:18
Plaintiff 4:7
26:13 29:12
60:15 61:7
Plaintiffs 1:4,13
3:4,20,22 4:2
5:2,11,22
PLAINTIFF'S
2:11
platform 24:10
players 12:25

playing 58:19,21
58:23
please 6:6,13
26:24 31:11
46:22
point 10:2 23:5
23:13 28:1
police 8:15,17
8:20 9:12,16
9:20 10:4,5,8
10:11 12:11 15:4
19:3,5 22:17
57:23 61:24
policemen 22:2
policy 15:15,17
15:20
porthole 33:25
40:11 41:6,15
41:16,22 42:2
42:3,7,19,21
42:24 43:2
portholes 33:7
33:9,18 34:2
40:20 42:8,13
42:14,15
portion 49:6
position 10:18
39:23
possibly 27:24
post 17:9
PowerPoint
57:3,4
Praiss 4:8
preparation 7:9
prepare 6:25
54:8,17
preparing
54:25
presume 6:14
48:22 50:1,3
50:9
pretty 34:9
previous 48:4
previously
40:14
print 45:17
printed 45:22

probably 14:4
problem 31:13
64:5
proceeded
62:20
process 37:4
produced 3:10
5:10
product 14:21
products 14:19
projectile 41:14
projectiles 15:1
39:9,10,14
41:17
prosecuted
12:6
protest 37:11
58:3,7,8,16
protestors
49:16 50:7
63:4
protests 36:20
38:1,2 58:12
58:12
provided 37:14
public 3:16 5:5
20:21 65:4,20
purchase 24:18
purchased
24:16
pursuant 65:6
push 41:7
pushed 41:11
42:5,23
put 14:7,9 15:7
48:7

**Q**

question 6:7,12
6:14 7:24
38:16 41:10
47:21
questions 41:20
46:24 51:14
56:9 62:8,8
63:18 64:7
quick 28:3 31:11

NICHOLAS MANASCO  1/18/2019

51:11 63:22
quickly 62:7
quite 28:2

—————————
**R**
R 4:1
radio 37:23
  38:2
ramp 24:9
reaction 20:21
read 26:20
  51:14 64:15
reading 60:8
  64:14
real 28:3 63:22
really 8:1 28:15
  33:16,17 62:7
recall 13:17,22
  15:21 16:14,20
  18:4 19:7,13
  22:21 23:3
  28:2 31:9
  32:5,17 35:19
  37:17 38:10
  44:17,21,23
  45:9 46:7,20
  47:13,14 49:24
  49:25 50:15
  50:17,21 51:3
  51:7,25 52:4
  52:15 54:22
  55:3,7,11,14,24
  56:3,25 57:22
  58:1,9,17
  59:12,14,14,24
  60:6,7,12 61:1
received 19:3
recognitionist
  13:22
recollection
  30:21 38:18
  43:21,22 45:11
  61:3,5,17
recollections
  37:12
recommend
  64:19

record 26:19
recording 36:8
rectangles 33:11
red 57:8
redistricting
  19:25
reduced 65:9
refer 28:17
  30:25 34:24
referred 44:10
referring 15:16
  24:1 26:16
  40:12 60:6
regional 24:19
  26:8
related 15:8
  18:12 19:1,14
  65:10
relation 17:25
  18:18
relative 65:13
relayed 27:11
relied 37:12
  39:2
rely 38:23
relying 35:14
  38:17
remain 21:8
remember 6:19
  14:15 17:15
  18:6 32:11,13
  46:8,11,18
  48:10,12,13
  49:23 50:13
  55:1,5,12
  59:12
rephrase 58:4
report 2:12,13,14
  7:2,3 18:16,21
  18:23 19:5,14
  26:10,14,16
  35:22 36:1,3
  36:14 37:5,24
  38:5,20 43:11
  43:13,16 45:8
  46:9,23 48:8
  48:14,16,19

54:8,21,25
  59:2 60:6,8
  60:16,22 61:8
  61:13,20 62:9
reporter 3:16
  4:18 5:5 6:8
  31:11 51:14
  64:17 65:1
reports 7:6 19:2
  36:17,23
  54:18
represent 62:16
residence 21:5
  21:8 22:7,12
  22:13
resolved 12:2
resources 62:1
respond 6:7
  11:10 20:17
  61:25
responded
  16:15
responding 6:9
response 6:6
responsibility
  11:7
return 51:10
returned 50:15
  50:16
returning 50:13
  50:17
review 37:23
  44:7 45:23
  64:12
reviewed 7:2,7
  26:21 44:19
  54:25
reviewing 55:7
re-save 44:3
ridden 32:19,22
right 10:21 13:11
  17:6 19:17
  20:25 21:16
  22:13 27:16
  28:7,9,12,21
  28:25 29:17
  29:24 32:20

33:14 34:8
  35:23 39:16
  42:6 45:4
  49:3 53:19
  54:9 55:18
  56:17 62:12
  62:24 63:1,2
  63:11,17 64:1,6
  64:11,12
risk 11:9
rocks 49:17
  63:5
role 12:25 58:19
  58:21,23
roll 32:9
room 3:14 4:11
  32:9 48:12
rough 34:4
roughly 17:21
  20:1 21:11 34:6
  37:3 42:16
rounds 14:23
route 31:9,17
  32:11,14 34:19
  59:3,18,22
row 21:13
RSMo 65:7
rules 6:4
run 49:6
runs 35:7 37:25

—————————
**S**
S 4:1
Sagebrook
  7:20
sake 60:13
SARAH 1:3 3:3
  3:19
satisfied 46:18
  46:19
saw 55:5
saying 12:13
  15:23
says 5:11 27:11
  47:2,6 48:8,14
  48:16,19 49:5
  49:15 62:17

63:3,24
scenarios 13:1,4
  57:16,17
  58:20,22,23
scene 23:9
  44:11
school 8:13 13:11
  14:9
science 9:8
scribbled 36:11
scribbling 32:1
scribe 37:9
scribes 37:9
search 11:10
  18:12 20:19
  21:6,10 22:6
  22:18
seat 33:16
Section 65:7
see 5:16 27:8,10
  27:13 28:4
  29:16 33:1,4
  33:13 41:15,22
  42:2,4,17 43:2
  43:7 44:22
  47:4,7,16 49:7
  49:18 55:9
  61:20,20
seeing 44:23
  55:11
seek 9:14
seen 60:20
  61:11
sense 6:15
sentence 27:10
  27:13 47:2,6
  47:15,21,25
  49:5,7,15,15
  49:18 50:5
  63:24
sentences
  48:25
Seper 31:19
  47:22,23
Sergeant 31:20
  50:5,8
serve 11:9

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

Services 4:19
serving 21:5
set 23:8
Seventh 19:24
shaking 6:9
shirt 5:16
shoot 41:14
shooting 17:9
  20:15,18,22
  20:24 21:7
short 31:14
  33:17 51:13
  56:13
shorthand 5:4
shortly 20:16
shot 17:5 20:13
show 34:3
side 29:17 30:18
  42:12,13,14
  46:23 59:18
sides 42:8
sign 64:15
signature 5:6
  64:18,20
sir 8:9
situation 11:15
  11:25
situations 11:11
  57:11
skills 10:20,24
skinny 33:10
small 34:9
  40:21
smoke 16:1 39:8
  39:11 40:2
somebody
  12:14 43:8,22
  51:24
sorry 14:1 25:18
  28:16 35:8,11
  51:10 57:13
  64:4
sort 11:7 16:3
  24:21 32:22
  33:10 36:6
  41:20 46:24
sought 10:18

south 16:24
  25:8 28:21
  29:4 31:2,3
  35:4,7,9 49:6
  49:16 50:6
  55:10 59:3,7
  62:20 63:4
specific 17:16
  36:2,19 40:9
  53:10 54:3
  56:22 57:6
  58:1,4,9,17
specifically
  13:22
specifics 19:7
speculating
  52:11
speculation
  38:15 45:25
  53:10 54:13
spell 5:17
spend 23:18
  24:3
St 1:6 3:6,14,20
  4:5,12,20
  5:24 8:17,21
  9:2,11,15,18,25
  10:2,5,11 11:2,5
  15:3 17:12,13
  24:11 26:7
  62:18
staging 25:9,21
  29:8,19 31:6
  44:11 50:14,17
  50:19
stand 33:13
standing 39:22
stands 24:18
STARRS 24:17
start 16:22
started 21:10
starts 27:1
State 3:17 65:4
  65:21
States 1:1 3:1,18
stationed 23:13
  27:12 40:13

staying 53:25
Steffan 2:4,5
  4:3 5:13,22
  7:19 8:1,6,7
  31:13,15 36:21
  36:25 38:19
  43:10 46:2,14
  51:12,15 52:13
  53:11 54:2,16
  56:5,9,11,14
  57:15,19 60:17
  60:19 62:3
  63:21 64:6,10
Stephen 21:16
Steve 25:16
stick 43:6
STIPULATED
  5:1
stopped 34:20
  34:23 35:3
stopping 49:14
street 3:14 4:4
  4:11,20 7:22
  22:15 25:10
  35:6
streets 30:12
study 9:3
stuff 14:24 16:2
  24:10 32:1
  44:14 57:8,8
  57:10,23 59:1
subject 11:15
  16:15 17:17
  18:6 38:15
  53:22
subjects 11:11,13
  16:16 36:23
  37:8
submitted 46:4
subpoena 8:2
Suburban 31:4
  31:4
sued 12:10
Suite 4:4
summarize
  42:18
supposed

62:20
sure 13:18 17:15
  21:2 24:13
  25:10 27:24
  31:1,13 34:5
  35:1 40:10
  41:25 43:5,8
  44:8,16 45:5
  49:11 50:12
  51:12 56:8
  58:5
surrounding
  17:2
Susannah 3:15
  4:19 5:4 65:3
SWAT 10:14,16
  10:25 11:5,8
  13:11,14 18:8
  19:17,19 20:7
  20:9 22:22
  22:24,25 24:1
  24:2 26:8
  37:20
swing 42:12
sworn 3:11 5:10
  65:6
system 24:5,8
Systems 14:1,4
S-T-A-R-R-S
  24:17

───────
T
───────
Tactical 13:25
  14:4
tactics 13:20
take 6:8 31:11
  31:24 45:7
  51:11 56:11
  59:18 62:14
taken 1:13 3:21
  5:3 6:17 31:14
  44:19,22 51:13
  55:1,4,6 56:13
  65:8,12
talk 6:5,6 7:1,9
  31:22 32:3,8
  46:3 48:15

57:4
talked 48:14,17
  48:19,23
  49:13
talking 27:8
  28:11 41:17
  46:6 48:10
  59:13 63:22
team 12:19,20
  12:21,24 13:10
  13:14 18:8
  22:24 23:1
  24:2 26:8
  37:15,20 44:9
  58:14,19
technical 32:24
Technically
  33:15
tell 7:13,14 13:17
  23:19 30:19
  30:23 33:20
  33:21 34:19
  34:23 35:25
  38:3 46:13
  64:18
telling 34:19
  59:14
ten 37:3 42:15
term 11:13 32:24
test 10:20,20
  10:22,23
testified 26:15
  62:10
testify 6:19
testimony 64:17
  65:5,7
Thank 5:21 64:3
thereabouts
  16:24
thereto 65:14
thermal 45:2
they'd 31:6
thick 41:3
thing 27:23
  39:20 47:3
  57:1 61:2
things 6:19 11:11

Pls.' Ex. 5

NICHOLAS MANASCO  1/18/2019

11:23
think 19:16
  28:20 29:19
  29:23 36:5
  39:9 42:23
  53:17 54:7,24
  55:16 56:5
thought 35:1
three 42:10,11
  45:19
throw 41:6
throwing 22:1
  49:17 63:5
time 19:12 20:1
  21:10,15 24:3
  24:23 25:3,17
  26:11 27:21
  28:11 29:22
  30:5 31:20
  35:5 41:16
  43:17 44:5
  45:15 59:24
times 17:18,20
  24:25 34:21
  37:3,9
today 8:5 19:20
today's 6:25
  7:10
told 30:22,24
  31:7 33:21
  35:15,17 38:12
  51:21,23 52:6
  55:17,22,24
  56:1,3
top 24:6,8
  34:12,14 40:11
  46:25
topic 14:21
total 42:15 45:9
town 7:13,16
Tracks 31:4,4
traffic 52:8
train 58:14,18
trained 13:21,25
  15:23 56:16
trainer 14:8
training 12:21

12:22,23 13:4
  13:13,23 14:7
  15:7,8,11 19:1,4
  19:8,14 56:19
  56:21,23 57:2
  57:20,25 58:1
  58:2,5,9,11,15
  58:17
trainings 56:24
transcribed 5:5
transcript 64:13
  64:15
transmissions
  37:23 38:2
traveled 30:18
  47:3 62:11
traveling 39:25
  55:9
trial 8:3,5
true 60:2
trust 64:16,20
truthful 38:17
truthfully 6:19
try 6:5,6,7
trying 42:4
  51:20
turn 26:24 28:3
  46:22
turned 25:7
  51:17
turret 39:20,21
  39:22
two 21:12 26:6
  42:1,12,13,17
  44:10,17 45:11
  45:12 48:25
  59:11
type 11:12 44:2
  55:22,24 57:9
typed 43:16
types 16:7
typewriting 5:6
  65:9
typically 64:19
typo 62:24
typographical
  64:13

typos 63:22

U

Uh-huh 47:1
ultimately 22:3
um 10:17 11:20
  13:8 15:14
  16:14 18:17,19
  20:16 21:5,9
  33:3 38:24
  39:7 40:9,22
  43:15,16 45:9
  46:5 57:22
  58:13
Um-hum 22:16
  27:7 33:23
  40:16 48:2
underneath
  27:5
understand
  6:10,12 14:3
  19:25 38:16
  41:5
understanding
  35:21
understood
  6:14
unit 12:18 23:9
  56:22
United 1:1 3:1,18
units 22:23
  23:5,7
University 9:2
unlawful 52:21
  53:15 58:16
unlawfully 13:9
unruly 13:9 22:1
  22:8 51:22
  52:2,20
use 13:23 14:19
  15:8,12,13,14
  15:15,17,18,19
  15:24 16:7
  24:9 41:7
  56:17 57:12,14
  58:7,10

V

vague 59:8
vaguely 59:20
  62:12
varies 37:6,7
vehicle 22:10
  25:18,18 28:17
  28:24 62:19
vehicles 24:16
verbally 6:8
  36:10 38:10
verifying 38:8
  64:15
versus 5:23
  34:12
vicinity 21:11
  39:16
video 37:13
  43:22 44:12
  44:12,22,23
  44:25 55:5,7
  55:9,11
videos 43:20
  44:1,7,8,17,19
  45:10 54:24
vs 1:5 3:5

W

waive 64:18,20
waived 5:7
walk 22:11
walked 22:15
Walton 16:19
  17:4 21:21
  22:3,4,8,12,14
  22:20 25:13
  31:4,5 35:4,6
  35:7 37:12
  39:17 60:5
  63:24,25
want 33:4
warrant 18:9,13
  20:19 21:6,11
  22:7,18
warrants 11:10
wasn't 8:19 11:6
  25:19 30:20

33:20 34:22
  41:10 63:15
way 29:17
  43:23 60:6
ways 42:1,18
week 45:12
weeks 45:11,12
went 13:11 14:16
  28:25,25
  29:6 30:10,10
  38:21 51:17
west 26:3
  28:23,25 30:1
  30:11 31:2
  47:3 51:17
  55:17 62:19
Wethington
  31:19
we'll 12:1 15:25
  42:10 63:22
we're 11:20
  42:10 63:22
we've 26:19
Wheaton 2:4
  4:10 7:13,21
  8:4 36:19
  38:14 41:25
  43:5 45:24
  46:11 51:10
  52:12 53:9,22
  54:12 56:8,10
  57:13 62:4,6
  63:18 64:7,11
WheatonA@s...
  4:13
Wilson 16:18,21
window 40:11
  42:6,20 43:6
windows 33:6
  33:10,14
  40:23,24
witness 4:16
  5:6 43:4
  64:20 65:5,8
Wood 44:15
working 35:1
  52:17,18 58:12
wouldn't 11:16

NICHOLAS MANASCO  1/18/2019

17:19 53:5
**write** 18:10
 26:22 36:3
 45:7 46:9
 60:25
**writing** 19:2,5,14
 37:4,24
**written** 10:20
 10:22,23 15:15
 15:17,19 36:15
 36:18,22
**wrote** 38:11
 44:4 60:23
 61:1

— Y —
**yeah** 12:13,16
 15:18 17:21
 22:10 24:15
 24:22 25:1
 30:23 34:8
 39:9,22 45:21
 58:21 59:20
**years** 6:3 16:16
 19:7 45:20
**yesterday**
 60:18

— # —
**#902** 4:19
 65:22

— 1 —
**1** 2:12 26:13,20
 43:12
**1-800-280-33 ...**
 4:21
**10:48** 3:12
 64:22
**1130** 4:4
**12** 23:4
**1200** 3:14 4:11
 61:20
**13** 23:4
**17** 19:7
**18** 1:14 3:11
**19** 7:3 21:22

59:2
**19th** 20:10,12
 62:10

— 2 —
**2** 2:2,13 29:12
**2001** 8:23 9:12
 9:19
**2005** 9:19,25
 10:11
**2007** 10:17 19:17
**2011** 18:17 19:21
 19:23
**2012** 19:22,23
 20:6
**2013** 14:14
**2015** 7:4 20:10
 20:12 21:22
 59:3 62:10
**2019** 1:14 3:11
**26** 2:12
**29** 2:13

— 3 —
**3** 2:3,13 60:15
**314** 3:14 4:5,11
 4:12,21
**39** 62:17

— 4 —
**4** 2:3,14 61:7
**4:17-CV-2498**
 1:6 3:6
**42** 8:12
**492.010** 65:7

— 5 —
**5** 2:4

— 6 —
**60** 2:13
**61** 2:14
**62** 2:4
**622-4594** 4:12
**63** 2:5
**63101** 4:5,20
**63103** 3:15 4:12
**644-2191** 4:21

**65** 2:5
**652-3114** 4:5

— 7 —
**711** 4:20
**7250** 11:24
 18:19
**7250's** 37:8

— 9 —
**9:00** 3:12
**906** 4:4

Pls.' Ex. 5