IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH MOLINA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 4:17-cv-2498 AGF |
| CITY OF ST. LOUIS, MISSOURI, et al., | ) |
| Defendants. | ) |

### DECLARATION OF ZACH CHASNOFF

I, Zach Chasnoff, declare as follows:

1. I am over the age of 18. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to those facts if called as a witness.

2. On March 15, 2012, I protested near the Compton Hills Reservoir Park near the intersection of Grand Avenue and I-44 as part of the Occupy movement, which St. Louis Metropolitan Police Department officers had opposed and suppressed.

3. I did not commit, or see any other protestor commit, any act of violence or pose any threat to any person or property.

4. I saw St. Louis Metropolitan Police Department officers deploy tear gas against people they perceived to be expressing an anti-law enforcement view in order to retaliate against them for that perceived view and chill them from publicly expressing it, including myself.

5. I saw SLMPD officers deploy tear gas against people who were unarmed, non-threatening, nonviolent, and not engaged in any crime, as they were dispersing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Pls.' Ex. 9

Dated this 13th day of August, 2020

          By:  /s/ Zach Chasnoff
                Zach Chasnoff

Pls.' Ex. 9