1    THE WITNESS: That's right. That's right.
2    THE COURT: Okay.
3    THE WITNESS: They were within half a block each
4 time.
5    THE COURT: All right. Thank you. Go ahead.
6 Q  (By Mr. Rothert) Now, was any -- were any people who were
7 caught in this group able to get into buildings that you saw
8 or get out any other way?
9 A   No, I don't -- I don't remember seeing anyone going into
10 buildings to try to flee.
11 Q   So once you were kettled in, did you -- did the police
12 give any directions then once you were --
13 A   I heard an order for us to "Get on the ground. Get on
14 the ground. Stop filming. Put your cameras away. Stop
15 filming." Those were the directions I heard.
16 Q   Did you follow all directions?
17 A   Yes. I got on the ground. I turned off my phone and put
18 it in my pocket.
19 Q   Were you sprayed with pepper spray or some chemical
20 agent?
21 A   I was repeatedly. I was sprayed while originally
22 complying to the "Get on the ground." I was sprayed again
23 while on the ground, and I was sprayed again after I had been
24 zip-tied.
25 Q   And when you say "zip-tied," you mean handcuffed with a

Case: 4:17-cv-02498-AGF   Doc. #:  183-15   Filed: 08/13/20   Page: 2 of 6 PageID #: 3226
Keith Rose Direct Examination                                    Volume 1

68

1   zip tie behind your back?

2   A    Yes.

3   Q    And do you have any idea -- I mean, do you know what you

4   were doing that caused you to be pepper sprayed?

5   A    Originally, I think that they sprayed me because I was

6   holding a camera.  It was a Nikon.

7   Q    What about -- were you in any way disobeying or resisting

8   what was happening?

9   A    No, not at all.  I -- I wasn't yelling.  I wasn't

10  taunting them.  I was -- I was overwhelmed by what was going

11  on around me, but I wasn't doing anything other than what they

12  said.  I got on the ground.  I -- I put my phone away.  And I

13  waited.  And then they still sprayed me.

14  Q    Did you see other people who were caught in that group

15  being sprayed?

16  A    I did.  I saw people sprayed.  I saw people kicked and

17  beaten.  I myself was kicked and hit as well.

18  Q    Now, you've participated or observed in a lot of

19  protests, haven't you?

20  A    I have.

21  Q    All right.  And this has included protests in the city of

22  St. Louis?

23  A    Yes.

24  Q    Were the incidents of Friday, September 15th, and Sunday,

25  September 17th, the first time that you were sprayed with

1   chemical agents by the police in the city of St. Louis with no
2   warning?
3   A    No.
4   Q    When else has that happened to you?
5   A    I was sprayed by SLMPD officers in May of 2015, in the
6   Holly Hills neighborhood.
7   Q    Okay.  And at that time, had you -- were you doing
8   anything illegal?
9   A    No.
10  Q    Were you --
11  A    I was standing on a sidewalk.
12  Q    Were you -- had you been given any warnings?
13  A    No.  They arrived on the scene and sprayed the protestors
14  immediately.
15  Q    All right.  Other than September 15th, September 17th of
16  this year, and May 19th, 2015, in the Holly Hills
17  neighborhood, is there anywhere else where you've been sprayed
18  with chemical agents by the police in the city of St. Louis?
19  A    Yes.
20  Q    Okay.  Where?
21  A    I was sprayed at a protest outside the -- the
22  medium-security institution, the workhouse on Hall Street.
23  Q    Okay.  Do you know when that was?
24  A    I believe it was mid to late July or maybe June of 2017.
25  Q    This year; correct?

Case: 4:17-cv-02498-AGF   Doc. #: 183-15   Filed: 08/13/20   Page: 4 of 6 PageID #: 3228
Keith Rose Direct Examination                                    Volume 1

70

1  A    Yes.
2  Q    Any other times that -- beyond -- besides the workhouse,
3  Holly Hills, and the two times downtown that we've talked
4  about that you've been sprayed?
5  A    Yes.  I was --
6  Q    In the city of St. Louis?  I'm sorry.
7  A    Yes.
8  Q    Okay.
9  A    I was sprayed in October, mid October of 2014, down near
10 Vandeventer and Manchester.  They also tear-gassed us that
11 night.
12 Q    Okay. And were you doing anything illegal that time?
13 A    Not at all.  I was acting as a legal observer for the
14 National Lawyers Guild.  I hadn't participated in the protests
15 in any way.  I was just there to document what was going on.
16 I was standing on a sidewalk across the street from the
17 protest, and the police saw fit to tear-gas the three legal
18 observers individually.  They didn't tear-gas the crowd of
19 protestors.
20 Q    Were you doing anything -- were you given any warnings in
21 October 2014 before you were tear-gassed?
22 A    Not at all.  And that was only one of the times that
23 month that I was tear-gassed.  I also was -- I'm sorry.  I was
24 sprayed.  I also was sprayed at the intersection of Grand and
25 Arsenal at some point that same week.  The police sprayed a

1  large group of people, including me.

2  Q    Okay.  Were you doing anything illegal then?

3  A    I was not.

4  Q    Given any warnings?

5  A    Not that I recall.

6  Q    All right.  And I didn't ask about the workhouse.  At the

7  workhouse in July of this year, were you doing anything

8  illegal?

9  A    No.

10 Q    Was it a protest?

11 A    Yes.

12 Q    All right.  Were you given any warnings before the

13 chemical agents were used?

14 A    I don't recall.

15         THE COURT:  Counsel, excuse me a moment.  We're going

16 to take a break at this time.  Just be back up there.  You can

17 step down.  Just be back up in 15 minutes.

18         THE WITNESS:  Yes, Your Honor.

19         THE COURT:  We'll take a 15-minute break.  Before we

20 do, I wanted to ask a question about your motion to exclude

21 witnesses.

22         You can step down.

23         THE WITNESS:  Yes, yes, ma'am.

24         THE COURT:  For the lawyers because in your motion

25 you said you request the Court to exclude from the courtroom

