UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SARAH MOLINA, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:17-cv-2498-AGF |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF ST. LOUIS *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Index of Exhibits for Response to Defendants' Motion for Summary Judgment Exhibits**

| Exhibit | Description |
|---|---|
| 1 | Molina Declaration |
| 2 | Vogel Video of Munitions in Fountain Park (08192015.13) |
| 3 | After-Action Report (Filed Under Seal) |
| 4 | Photo of Canisters |
| 5 | Manasco Deposition |
| 6 | Vogel Video of Approaching Police (08192015.9) |
| 7 | Sachs Testimony |
| 8 | Rossomanno Testimony |
| 9 | Chasnoff Declaration |
| 10 | Hoffmann Declaration |
| 11 | Brown Declaration |
| 12 | Houldsworth Declaration |
| 13 | Zagory Declaration |
| 14 | McCoy Declaration |
| 15 | Rose Testimony and Attachment |
| 16 | Costello Declaration |
| 17 | Ahmad preliminary injunction decision |
| 18 | Smith Declaration |
| 19 | Torres Wedding Declaration |
| 20 | Counihan Declaration |
| 21 | Lewczuk Declaration |
| 22 | Maclean Declaration |
| 23 | De Mian Declaration |
| 24 | Emails (Filed Under Seal) |
| 25 | O'Toole Deposition |
| 26 | City of St. Louis 30(b)(6) Deposition (Larson) |
| 27 | Email and RFPs |
| 28 | After Action Critique (Filed Under Seal) |
| 29 | Groce Photograph (Filed Under Seal) |