**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| SARAH MOLINA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.:   4:17-cv-2498 AGF |
| v. ) | |
| ) | |
| CITY OF ST. LOUIS, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFFS' FIRST SUPPLEMENTAL RULE 26(A)(1) DISCLOSURES

Plaintiffs respectfully submit the following first supplemental disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

**A)   Name of each individual likely to have discoverable information that Plaintiffs may use to support <u>their claim of municipal liability</u> based on the customs or policies of the City of St. Louis, through SLMPD, relating to the deployment of chemical munitions against protesters, observers of protests, and other pedestrians in violation of the First and Fourth Amendments:**

1. Persons previously disclosed as part of Plaintiffs' and Defendant City of St. Louis' initial disclosures

2. Tony Able, current or former employee of Defendant.

3. Mustafa Abdullah, who may be contacted through counsel

4. Rasheen Aldridge, https://www.facebook.com/Sheenbean32/

6. Terez Barnes, 314-473-1251

7. Jerome Baumgartner, current or former employee of Defendant

8. Benjamin Bayless, current or former employee of Defendant

9. Joshua Becherer, current or former employee of Defendant

**Pls.' Ex. 1 to MIO to Mtn to Strike**

10. Jesse Bogan, jbogan@post-dispatch.com

11. Scott Boyher, current or former employee of Defendant

12. Amir Brandy, 314-709-8405

13. Derk Brown, @DreadHead_46

14. Drew Burbridge, 816-719-3080

15. Jennifer Burbridge, 816-719-3080

16. Lawrence Bryant, lbfoto1@gmail.com

17. Tom Cinquina, address and telephone number unknown

18. Casey Cooper, 415-217-9168

19. Erin Counihan, 773-698-3362

20. Angela Coonce, current or former employee of Defendant

21. Custodian of Records, St. Louis Metropolitan Police Department

22. Emily Davis, etennilled@gmail.com

23. Michael Deeba, current or former employee of Defendant

24. Philip Deitch, 314-324-9198

25. Heather De Mian, @MissJupiter1957

26. Serg Payo Dominguez, 773-816-8864

27. Alison Dreith, 314-531-8616

28. Tabetha Esry, @tabesry

29. Mike Faulk, @Mike_Faulk

30. Rodney Ford, telephone number and address unknown

31. Bruce Franks Jr., 573-751-2383

32. Timothy Gardner, 314-369-6606

33. Danny Gladden, @dannygladden

34. William Douglas, current or former employee of Defendant

35. Maxi Glamour, @MaxiGlamour

36. Darryl Gray, 770-842-5210

37. Megan Green, 314-591-9587

38. Mark Gullet, address and telephone number unknown

39. Luther Hall, current or former employee of Defendant

40. Mike Hassel, 314-565-2332

41. Matt Heskamp, mattheskamp@gmail.com

42. Elise Miller Hoffman, elisemillerhoffman@gmail.com

43. Brandi Huffman, 314-210-1701

44. Schron Jackson, current or former employee of Defendant

45. Randy Jemerson, current or former employee of Defendant

46. Jeffrey Jensen, United States Attorney, and his staff

47. James Joyner, current or former employee of Defendant

48. Matthew Karnowski, current or former employee of Defendant

49. Nick Humphrey, current or former employee of Defendant

50. Dana Kelly-Franks, danakelly.franks@gmail.com

51. Calvin Kennedy, @calvinkennedy99

52. Derek Laney, 314-277-1589

53. Gerald Leyshock, current or former employee of Defendant

54. Pamela Lewczuk, pamschroell3@gmail.com

55. Sophie Lipman, selipman5@gmail.com

56. Marvin Malone, @kaleido_scopics

57. Will Millar, willmillar@gmail.com

**Pls.' Ex. 1 to MIO to Mtn to Strike**

58. Iris Maclean Nelson, irismaclean18@gmail.com

59. Alex Nelson, alexnelson15@gmail.com

60. Dillan Newbold, dillan.newbold@gmail.com

61. Thomas Noerper, tnoerper@yahoo.com

62. Scott Olson, telephone number and address unknown

63. Mario Ortega, https://www.linkedin.com/in/mario-ortega-1678b737/

64. Lawrence O'Toole, current or former employee of Defendant

65. Robert Patrick, rpatrick@post-dispatch.com

66. Mya Petty, address and telephone number unknown

67. Christine Powderly, current or former employee of Defendant

68. Tony Rice, 314-683-8254

69. Chris Robertson, address and telephone number unknown

70. Keith Rose, keithrose.ferguson@gmail.com

71. Brian Rossomanno, current or former employee of Defendant

72. Timothy Sachs, current or former employee of Defendant

73. Daniel Schulte, current or former employee of Defendant

74. Timothy Schumann, current or former employee of Defendant

75. Gregory Shanklin, 217-341-3490

76. Derrell Smith, Jr., address and telephone number unknown

77. Chris Sommers, chris@pi-pizza.com

78. Marissa Southards, https://www.facebook.com/marissa.southards

79. Ned Stevens, address and telephone number unknown

80. Alicia Street, 314-285-8003

81. Elyssa Sullivan, elyssa.sullivan@gmail.com

**Pls.' Ex. 1 to MIO to Mtn to Strike**

82. Demetrius Thomas, 618-741-9297

83. William Waldron, telephone number and address unknown

84. Jacob Walker, 314-596-1353

85. Aaron Webster, current or former employee of Defendant

86. Joshua Torres Wedding, oshwedding@gmail.com

87. Phillip Weeks, 314-750-2141

88. Nicole Warrington, 314-604-7276

89. Mark West, current or former employee of Defendant

90. Lindsey Wethington, current or former employee of Defendant

91. Kennard Williams, kennard@organizemo.org

92. Unknown Willis, current or former employee of Defendant

93. Brandon Wyms, current or former employee of Defendant

94. Karen Yang, 408-334-6420

95. Ben Zeno, 425-749-6974

96. Jon Ziegler, rebelutionaryz@gmail.com

97. Plaintiffs from *Templeton v. Dotson* and *Devereaux v. St. Louis County* et al.

98. Other police officers of the St. Louis Metropolitan Police Department, including but not limited to the Civil Disobedience Team, SWAT Team, the Bicycle Response Team, and the Internal Affairs Division

**B)  A general description by category and location of all documents, data compilations, and tangible things in the possession, custody, or control of Plaintiffs that the Plaintiffs may use to support <u>their claim of municipal liability</u> based on the customs or policies of the City of St. Louis, through SLMPD, relating to the deployment of chemical munitions against protesters, observers of protests, and other pedestrians in**

**Pls.' Ex. 1 to MIO to Mtn to Strike**

**violation of the First and Fourth Amendments:**

1. All documents, video, and photographs submitted to the Court as part of proceedings related to the preliminary injunction in *Ahmad v. City of St. Louis*, 4:17-CV-2455

        Respectfully submitted,

        /s/ Jessie Steffan
        ANTHONY E. ROTHERT, #44827MO
        JESSIE STEFFAN, #64861MO
        OMRI E. PRAISS, #41850MO
        ACLU of Missouri Foundation
        906 Olive Street, Suite 1130
        St. Louis, Missouri 63101
        Phone: (314) 652-3114
        Fax: (314) 652-3112
        trothert@aclu-mo.org
        jsteffan@aclu-mo.org
        opraiss@aclu-mo.org

        GILLIAN R. WILCOX, #61278MO
        ACLU of Missouri Foundation
        406 W. 34th Street,Suite 420
        Kansas City, Missouri 64111
        Phone: (816) 470-9938
        gwilcox@aclu-mo.org

        **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 23, 2018, a true and correct copy of the foregoing was served to counsel of record via electronic mail.

/s/ Jessie Steffan

**Pls.' Ex. 1 to MIO to Mtn to Strike**