IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH MOLINA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.:  4:17-CV-2498 AGF |
| ) | |
| CITY OF ST. LOUIS, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' SECOND SUPPLEMENTAL RULE 26(A)(1) DISCLOSURES**

Plaintiffs respectfully submit the following supplemental disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

**A)** **Name of each individual likely to have discoverable information that Plaintiffs may use to support their claim of municipal liability:**

1. Persons previously disclosed by Plaintiffs and Defendant City of St. Louis

2. Emily Blant, phone number unknown

3. Suzanne Brown, 314-691-2356

4. Zach Chasnoff, @Zachchasnoff

5. Derrick Harrison-Robinson, https://www.facebook.com/bishopderrick.robinsonii

6. Stephen Houldsworth, https://www.facebook.com/steve.houldsworth

7. Jennifer McCoy, Jennifer McCoy, https://www.facebook.com/jennifermccoystl

8. Aaron Zagory, @aaronzagory

1

**Ex. 2 - Pls.' MIO to Mtn to Strike**

Respectfully submitted,

/s/ Jessie Steffan
ANTHONY E. ROTHERT, #44827MO
JESSIE STEFFAN, #64861MO
OMRI E. PRAISS, #41850MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130 St.
Louis, Missouri 63101  Phone:
(314) 652-3114
Fax: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org
opraiss@aclu-mo.org

GILLIAN R. WILCOX, #61278MO
ACLU of Missouri Foundation
406 W. 34th Street,Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
gwilcox@aclu-mo.org

Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 23, 2019, a true and correct copy of the foregoing was served to counsel of record via electronic mail.

/s/ Jessie Steffan

**Ex. 2 - Pls.' MIO to Mtn to Strike**