# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SARAH MOLINA, *et al*. | ) |
| Plaintiffs, | ) Case No. 4:17-cv-2498-AGF |
| v. | ) |
| CITY OF ST. LOUIS *et al*., | ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF APPEAL

Notice if hereby given that Defendants Daniel Book, Joseph Busso, Lance Coats, Stephen Dodge, Joseph Mader, Michael Mayo, Mark Seper, and William Wethington appeal to the United States Court of Appeals for the Eighth Circuit from the Order entered in this action on the 31st day of March, 2021 (Doc. 201), attached hereto as "Exhibit A."

Respectfully submitted,

MICHAEL GARVIN
CITY COUNSELOR

By: /s/ Andrew D. Wheaton
Andrew D. Wheaton   #65269 MO
Associate City Counselor
Attorney for Defendants
City Hall, Room 314,
St. Louis, MO  63103
314.622.3361
FAX: 314.622.4956
wheatona@stlouis-mo.gov

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 8, 2021, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.

                                                /s/ Andrew D. Wheaton