# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 26, 2021

Mr. Andrew D. Wheaton
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

   RE:  21-1830  Sarah Molina, et al v. Daniel Book, et al

Dear Counsel:

   In reviewing the appendix in the above case, we noted the following deficiency(s).

**The following deficiency(s) does not require reproduction of the entire appendix. Please provide the court with 3 paper copies of the missing document.**

   __X__   CERTIFICATE OF SERVICE is missing. *Please provide a Certificate of Service indicating service of the appendix upon both the court and opposing counsel. The certificate must include the date and method of service, and also the names and addresses of parties served.*

                                                    Michael E. Gans
                                                    Clerk of Court

ALK

cc:   Ms. Molly E. Carney
      Ms. Kayla M. DeLoach
      Mr. Robert Henry Dierker Jr.
      Mr. Omri E. Praiss
      Mr. Anthony E. Rothert
      Ms. Jessie M. Steffan
      Ms. Gillian R. Wilcox