# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-1830

Sarah K. Molina, et al.

Appellees

v.

City of St. Louis, Missouri, et al.

Daniel Book, in his individual capacity and Joseph Busso, in his individual capacity

Appellants

Jason C. Chambers

Lance Coats, in his individual capacity, et al.

Appellants

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cv-02498-AGF)

---

**ORDER**

The motion to withdraw as retained counsel is granted. Molly E. Carney is granted leave to withdraw.

November 17, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
            /s/ Michael E. Gans