UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH MOLINA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:17-cv-02498-AGF |
| ) | |
| CITY OF ST. LOUIS, MISSOURI, ) et al, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On March 31, 2021, the Court denied Defendants' motion for summary judgment on all three Plaintiffs' claims. Doc. No. 201. In a decision on interlocutory appeal dated February 2, 2023, the Eighth Circuit Court of Appeals reversed this Court's order denying Defendants' motion for summary judgment as to Plaintiff Sarah Molina and Plaintiff Christina Vogel and affirming this Court's order denying Defendants' motion for summary judgment as to Plaintiff Peter Groce, but only against the individual officers in the BEAR. Doc. No. 215. The mandate issued May 1, 2023. Doc. No. 222.

Accordingly,

**IT IS HEREBY ORDERED** that, on or before **May 17, 2023**, the parties shall file a joint status report advising the Court of any outstanding matters in this case with respect to Plaintiffs Molina and Vogel, and how the parties wish to proceed as to those matters.

**IT IS FURTHER ORDERED** that, on or before **May 17, 2023**, the remaining parties shall meet and confer and file a joint proposed scheduling order. The Court will thereafter set a scheduling conference if appropriate.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of May, 2023.