# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

September 14, 2023

Mr. Clerk, U.S. District Court, Eastern District of Missouri
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

    RE: 21-1830  Sarah Molina, et al v. Daniel Book, et al

Dear Clerk:

    Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

                    Michael E. Gans
                    Clerk of Court

AMT

Enclosure(s)

    District Court/Agency Case Number(s):   4:17-cv-02498-AGF

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 12, 2023

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

    Re: Sarah K. Molina, et al.
        v. Daniel Book, et al.
        No. 23-227
        (Your No. 21-1830)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 7, 2023 and placed on the docket September 12, 2023 as No. 23-227.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst