# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:** Clerk, U.S. District Court, Eastern District of Missouri

**FROM:** Michael E. Gans, Clerk of Court

**DATE:** February 23, 2024

**RE:** 21-1830  Sarah Molina, et al v. Daniel Book, et al

District Court/Agency Case Number(s):   4:17-cv-02498-AGF

___

    Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

NDG

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

February 20, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

Re: Sarah K. Molina, et al.
v. Daniel Book, et al.
No. 23-227
(Your No. 21-1830)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk