UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH MOLINA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.  4:17-cv-02498-AGF |
| ) | |
| CITY OF ST. LOUIS, MISSOURI, ) et al, ) | |
| ) | |
| Defendants. ) | |

### PARTIAL JUDGMENT

In a decision dated February 2, 2023, the Eighth Circuit Court of Appeals affirmed in part and reversed in part this Court's March 31, 2021 Summary Judgment Order.  Doc. No. 215.  The Eighth Circuit reversed and directed entry of judgment on this Court's denial of summary judgment for Plaintiffs Sarah Molina and Christina Vogel's First Amendment Retaliation claims (Count I) and Plaintiff Peter Groce's First Amendment Retaliation claim against Defendant Stephen Dodge (Count I).  The mandate issued on May 1, 2023.  Doc. No. 222.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment is entered on behalf of Defendants Daniel Book, Joseph Busso, Lance Coats, Stephen Dodge, Joseph Mader, Michael Mayo, Mark Seper, and William Wethington on Plaintiffs Sarah Molina and Christina Vogel's claims.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that Judgment is

entered on behalf of Defendant Stephen Dodge on Plaintiff Peter Groce's claims.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 19th day of April, 2024.