IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH MOLINA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 4:17-cv-2498 AGF |
| CITY OF ST. LOUIS, MISSOURI, et al., | ) |
| Defendants. | ) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT PROPOSED SCHEUDLING PLAN**

Come now Plaintiffs and Defendants, by and through their undersigned counsel, and move this Court for a ten-day extension of time, from February 28, 2025, to March 10, 2025, to submit a joint proposed scheduling plan following this Court's ruling on the summary judgment motion (Doc. Nos. 236, 252). In support of this motion, the Parties state:

1. Following the denial of Sarah Molina and Christina Vogel's Petition for Writ of Certiorari to the United States Supreme Court on March 7, 2024, the parties submitted a Joint Status Report and Joint Proposed Scheduling Order to this Court (Doc. No. 230).

2. On April 19, 2024, this Court granted leave to Defendant City of St. Louis to file a renewed motion for summary judgment on Plaintiffs Molina and Vogel's municipal liability claims (Count IV) (Doc. No. 236).

3. Also on April 19, 2024, this Court directed the parties to file a joint proposed scheduling order within 14 days of this Court's ruling on the motion for summary judgment on Plaintiffs Molina and Vogel's municipal liability claims.

4. The motion for summary judgment was fully briefed on August 15, 2024.

5. On February 14, 2025, this Court entered a Memorandum and Order denying Defendant's motion for summary judgment on Plaintiffs Molina and Vogel's municipal liability claims Doc. No. 252).

6. Counsel for Plaintiffs and counsel for Defendant City of St. Louis spoke by phone on February 28, 2025.

7. Due to the press of business and the need for counsel for Plaintiffs to further consult with the clients in this matter, the parties jointly seek an extension to submit a joint proposed scheduling plan.

WHEREFORE, the parties request an extension of time from February 28, 2025, to March 10, 2025, for the filing of their joint proposed scheduling plan.

Respectfully submitted,

/s/ *Gillian R. Wilcox*
Gillian R. Wilcox, #61278MO
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
gwilcox@aclu-mo.org

*Attorney for Plaintiffs*

SHEENA HAMILTON
CITY COUNSELOR
*/s/ Abby Duncan* (with consent)
Abby Duncan #67766MO
Associate City Counselor
City Hall, Room 314
St. Louis, MO 63103
314.622.3361
FAX: 314.622.4956
DuncanA@stlouis-mo.gov

*Attorney for Defendants*