UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH MOLINA, *et al.* | ) |
| | ) |
| Plaintiffs, | )   Case No. 4:17-cv-2498-AGF |
| | ) |
| v. | ) |
| | ) |
| CITY OF ST. LOUIS *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JOINT PROPOSED SCHEDULING ORDER

COME NOW Defendants City of St. Louis ("City"), Daniel Book, Joseph Busso, Lance Coats, Joseph Mader, Michael Mayo, Mark Seper, and William Wethington, by and through their attorney Sheena Hamilton, City Counselor for the City of St. Louis, and Plaintiffs Sarah Molina, Christina Vogel, and Peter Groce, by and through their counsel of record, and, pursuant to the Court's Orders (Doc. Nos. 236 & 254), hereby jointly submit their proposed scheduling order.

On March 31, 2021, the Court denied Defendants' motion for summary judgment on all three Plaintiffs' First Amendment retaliation claims (Count I) and Plaintiffs' First Amendment municipal liability claims (Count IV). Doc. No. 201. In a decision on interlocutory appeal dated February 2, 2023, the Eighth Circuit Court of Appeals reversed this Court's order denying Defendants' motion for summary judgment as to Plaintiffs Sarah Molina and Christina Vogel's First Amendment retaliation claims and affirming this Court's order denying Defendants' motion for summary judgment as to Plaintiff Peter Groce's First Amendment retaliation claim, but only against the individual officers in the BEAR. Doc. No. 215. The mandate issued May 1, 2023. Doc. No. 222. This matter

1

was stayed while Plaintiffs' petition for writ of certiorari was pending with the Supreme Court. Doc. No. 225. Plaintiffs' petition was denied by the Supreme Court on February 20, 2024. Doc. No. 228. On April 19, 2024, Defendant City of St. Louis was granted leave to file a renewed motion for summary judgment on Plaintiffs Molina and Vogel's municipal liability claims (Count IV).[1] Doc. No. 236. On February 14, 2025, Defendant City of St. Louis's renewed motion for summary judgment on Plaintiffs Molina and Vogel's municipal liability claims (Count IV) was denied. Doc. 252.[2]

Counsel for the parties have continued to discuss settlement options and believe that time for counsel to continue these discussions as well as another referral to ADR in this matter are appropriate. The parties would also like to build in some time to do updated discovery given the time that has passed since discovery closed prior to when the initial motion for summary judgment was filed by Defendants in July 2020.

Accordingly, barring any appeal of the Court's February 14th Order, which, if permitted, would likely cause the parties to seek a stay of these proceedings, the parties submit the Joint Proposed Scheduling Plan set forth below.

## JOINT PROPOSED SCHEDULING PLAN

1. The parties shall complete any additional discovery in this case no later than **November 3, 2025**.

---

[1] On April 19, 2024, pursuant to the decision from the Eighth Circuit in this case, partial judgment was also entered on behalf of Defendants Daniel Book, Joseph Busso, Lance Coats, Stephen Dodge, Joseph Mader, Michael Mayo, Mark Seper, and William Wethington on Plaintiffs Sarah Molina and Christina Vogel's claims. Partial judgment was also entered on behalf of Defendant Stephen Dodge on Plaintiff Peter Groce's claims. Doc. No. 237.

[2] Defendant City is reviewing the Court's recent order and may soon request permission to appeal it. Plaintiffs would oppose any such request.

---

2. The case shall be referred to alternative dispute resolution on **July 3, 2025**, and that reference shall terminate on **September 5, 2025**.

3. This case should reasonably be expected to be ready for trial on or after **March 2, 2026**.[3] It is anticipated that the length of time to try the case is three to five days.

WHEREFORE, the parties jointly request that the Court enter a scheduling order in accordance with their proposal set forth above.

Respectfully submitted,

*/s/ Gillian R. Wilcox*
GILLIAN R. WILCOX, #61278 MO
**ACLU of Missouri Foundation**
406 West 34th Street, Ste. 420
Kansas City, MO 64111
(816) 470-9938
gwilcox@aclu-mo.org
Attorney for Plaintiffs

SHEENA HAMILTON
CITY COUNSELOR

*/s/ Abby Duncan (with consent)*
Abby Duncan  #67766 MO
Associate City Counselor
Attorney for Defendants
City Hall, Room 314,
St. Louis, MO  63103
314.622.3361
DuncanA@stlouis-mo.gov

---

[3] Counsel for Plaintiffs informs this Court that they have a three-week bench trial scheduled in Jackson County, Missouri, beginning on January 12, 2026.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2025, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.

/s/ Gillian R. Wilcox